# GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

HUMPHREYS COUNTY

BEFORE ME, Quieiyra Smith

a Justice Court Clerk of said County in justice District No. Humphreys County Sheriff Department

makes affidavit that Jerry Wayne Rolland who on or about December of 20 18 in the county aforesaid, in said Justice's District Grand Larceny 2971-17-41(2) Jerry Wayne Rolland did willfully, unlawfully and feloniously attempt to take, steal and carry away diesel fuel, the property of Arron 3 Sons farm.

against the peace and dignity of the state of Mississippi.

Sworn to and subscribed before me, this 3rd day of December, 20 1̶8̶ ~~1-8~~

JUSTICE COURT CLERK/DEPUTY CLERK

# GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI
HUMPHREYS COUNTY

BEFORE ME, _Akeitha Smith_

a Justice Court Clerk of said County, in Justice District No. _Tommy Gates_ _____who

makes affidavit that _Wayne Rowland_

on or about _December 31_, 20_18_ in the county aforesaid, in said Justice's District _Burglary - Commercial Building, cars, etc. [97-17-33]_ _Wayne Rowland did willfully, unlawfully, feloniously and burglariously break and enter the shop of Tommy Gates in which goods, equipment, and valuable things were kept for use with intent to steal at 4960 Tupper Bayou Rd Isola MS 38754._

against the peace and dignity of the state of Mississippi.

Sworn to and subscribed before me, this _3rd_ day of _January_, 20_19_

_____
JUSTICE COURT CLERK/DEPUTY CLERK

BANNER PRINTING CO., INC. - BELZONI

IN THE JUSTICE COURT OF HUMPHREYS COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

Vs

_Jerry Wayne Rowland_, DEFENDANT

### PRELIMINARY HEARING ORDER

WHEREAS this day this court having conducted, pursuant to Rule 6.2 of the Mississippi Rules of Criminal Procedures, a preliminary hearing on the above-styled cause, the charge being a FELONY, to wit: _Burglary - Commercial Building, Cars, shops, etc. [97-17-33]_, and:

(x) The DEFENDANT being represented by counsel.

( ) The DEFENDANT knowingly and voluntarily waving the right to an attorney at the hearing, and instead choosing to conduct his/her own defense, as evidenced by the sworn, written waiver on file with this court.

and, the DEFENDANT being afforded the right to subpoena witnesses and cross-examine adverse witnesses testifying at the hearing, this court finds from the evidence presented:

( ) That there is PROBABLE CAUSE to believe that a FELONY has been committed and that the DEFENDANT committed it, as follows: _____

(x) That there is NOT PROBABLE CAUSE to believe that a FELONY has been committed or that the DEFENDANT committed it, as follows: _____

THEREFORE, IT IS HEREBY ORDERED:

( ) The DEFENDANT is to bound over to await the action of the Grand Jury of Humphreys County, which convenes at the regular term of the Humphreys County Circuit Court, on the above specified charge, IT IS FURTHER ORDERED:

   ( ) The terms of the DEFENDANT'S release shall remain unchanged.

   ( ) The terms of the DEFENDANT'S release shall be modified, as follows: _____

( ) The DEFENDANT is to be discharged from custody. THE DISCHARGE OF THE DEFENDANT UNDER THIS ORDER DOES NOT PRECLUDE THE COUNTY PROSECUTOR FROM PRESENTING THE SAME OFFENSE TO A GRAND JURY.

ORDERED AND ADJUDGED this the _14_ day of _March_, 20_19_.

_____
JUSTICE COURT JUDGE

# HUMPHREYS COUNTY JUSTICE COURT
# HUMPHREYS COUNTY MISSISSIPPI

**CRIMINAL**

DATE FILED 1/8/19   DOCKET NO. 133

TRIAL DATE 1/24/19   CASE NO. 170

TRIAL DATE 1/21/19   JUDGE Gates

THE STATE OF MISSISSIPPI/ HC.S.D/ H3 / D. James

VS.

Rowland, Jerry Wayne aka Rolland

**CHARGE(S):**

(1) Trespassing

(2) (Reduced from Grand Larceny)

(3) _____

**DEFENDANTS PLEA:**

☐ NOLO CONTENDRE   ☐ GUILTY

☐ NOT GUILTY

ATTORNEY FOR STATE _____

ATTORNEY FOR DEFENDANT _____

**COURT ACTION**

☒ GUILTY   ☐ NOLLE PROSEQUI

☐ NOT GUILTY   ☐ REMAND TO FILE

☐ DISMISSED   ☐ BOND _____

☐ BOUND OVER   ☐ OTHER _____

**OTHER ACTION**

☐ WAIVED PRELIMINARY   ☐ OTHER _____

☐ WAIVED ATTORNEY   ☐ OTHER _____

☐ INDICTED

**SENTENCE**

FINE 100.00   JAIL TIME _____

COST 166.75   PROBATION _____

TOTAL 266.75   OTHER _____

JUDGE Graham Gates

DATE 2-21-19

DATE: _____

# PRELIMINARY HEARING

STATE OF MISSISSIPPI/ *Tommy Gates/ H.C.S.D*

VS

*Jerry Wayne Rowland*  BOND: _____

DEFENDANT

CHARGE *Burglary- Commercial Building, Cars, Shops, etc.*
*[97-17-33]*

STATE:

*To be reduced to Possession of Stolen Property,*
*Atty Gates recused from representing △.*
*Continued to establish value of property recovered*
*& another atty appointed.*

*Victim didn't appear on time*

DEFENSE:

*Upon further review*

*Dismissed*

# HOLMES/HUMPHREYS COUNTY REGIONAL CORRECTIONAL FACILITY

23234 HIGHWAY 12 EAST–LEXINGTON, MS 39095
Phone: (662) 834-5016
Fax: (662) 834-5020

**Detailed Release Report**

| Booking # | Jacket # |
|---|---|
| 2018070485 | 3700 |

**Offender Name:** ROLAND, JERRY WAYNE
**Alias:**
**SSN:**
**Birth Place:** INDINOLA
**Address:** 3821 SCOVEL AVE.
**City:** PASCAGOLA
**State:** MS
**Zip Code:** 39508
**Phone:** (662) 836 - 9924
**Occupation:**

**Maiden Name:**
**Religion:** BAPT
**Date of Birth:**
**Age:** 50
**Marital Status:** S
**# of Children:** 0
**Nationality:**
**US Citizen:** ✓
**Driver's License:**

**Sex:** Male
**Race:** W
**Height:** 5' 11"
**Weight (lbs.):** 220
**Other Features:**

**Hair Color:**
**Eye Color:** BRO
**Complexion:** OLV
**Build:** L

**FINAL RELEASED**

**Arresting Authority:** HUMPHREYS COUNTY SHERIFF'S OFFICE
**Arresting Officer:** JEFFERY JONES
**County Of Charge:**
**Booking Officer:** GROVER, DENISE F/T

**Arrest Date/Time:** 01/08/2019 00:00
**Book Date/Time:** 01/08/2019 15:56
**Last Rebook Date/Time:**

**Admin Release Officer:** DAVIS, DEBRA F/T
**Phys. Release Officer:** DAVIS, DEBRA F/T
**Time Served:** 275 days, 19 hrs, 7 min
**Reason For Release:** RELEASED TO HUMPHREY COUNTY SHERIFF DEPT

**Release To:** OTHER AGENCY
**Release Code:** OTHER AGENCY
**Release Date/Time:** 10/11/2019 11:02

### Current Charges

**Case #:**    **Case Bond Type:**    **Case Bond Amount:**

| Charge Case # | Counts | Charge Description | Court Type | Warrant # | Charge Bond | Amount |
|---|---|---|---|---|---|---|
| | 1 | BURGLARY /DWELLING HOUSE/BREAKING AND ENTERING | | | | $0.00 |
| | 1 | LARCENY - GRAND | | | | $0.00 |

I certify that the above information is correct to the best of my knowledge.

_____
Offender Signature
*Jerry W Roland*

_____
DEBRA F/T DAVIS
Staff Signature

*I certify that I have received all my property.*

------

Detailed Release Report printed for ROLAND, JERRY WAYNE

JailTracker ® Report Printed On 10/11/2019 11:03 by UserID 3

HOLMES/HUMPHREYS COUNTY REGIONAL
CORRECTIONAL FACILITY
Page 1 of 2