BOYD P. ATKINSON
Attorney at Law
atkinsonboydp@yahoo.com

TELEPHONE

(662) 843-9766
(662) 843-9770

FAX (662) 843-9870

202 North Pearman Avenue
Post Office Box 427
Cleveland, MS 38732

March 16, 2020

VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED

NOTICE OF CLAIM
Pursuant to Miss. Code Section 11-46-1, et seq.

Mr. Mack Liddell, Jr.
Humphreys Co. Chancery Clerk
P.O. Box 547
Belzoni, MS 39038

Re: Jerry Wayne Roland
DOB: 12/11/1968
SS# 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
Date of Incident: December 31, 2018

Dear Mr. Liddell:

I am writing you to provide you with a Notice of Claim relative to Jerry Wayne Roland's claim against Humphreys County, Mississippi arising out of the incident which occurred on December 31, 2018. Deputy Tommy Gates and Deputy David James signed criminal charges against Mr. Roland for grand larceny and burglary and Mr. Roland was arrested on January 8, 2019. These charges were reduced to a misdemeanor by the Humphreys County Justice Court but, notwithstanding that fact, Mr. Roland was sent to the Holmes/Humphreys County Correctional Facility, where he remained until October of 2019.

The actions by the Holmes County Sheriff's Department caused Mr. Roland to be wrongfully and unlawfully incarcerated for almost ten (10) months, where he suffered significant physical and mental anguish and which caused him to lose his vehicle.

Based on the above, Jerry Wayne Roland has several claims for clear violations of his

constitutional rights, including but not limited to, a 42 U.S.C. Section 1983 claim for monetary damages.

Persons with knowledge in this matter are:

1. Jerry Wayne Roland's brother
2. Holmes/Humphreys County Correctional Facility
3. Tommy Gates
4. David James
5. Humphreys County Justice Court

The Claimant seeks $1,500,000.00 in monetary damages. Jerry Wayne Roland's physical address at the time of the incident was 3821 Scovel Avenue, Pascagoula, Mississippi, 39508.

All replies, contacts and communications in response to this notice shall be given to the following:

***Boyd P. Atkinson, P.A.***
***MSB No. 8324***
***P.O. Box 427***
***Cleveland, MS 38732***
***Tel: (662) 843-9766***
***FAX: (662) 843-9870***
***E-Mail: atkinsonboydp@yahoo.com***

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Boyd P. Atkinson

BPA:rgm



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Mack Liddell, Jr
Humphreys Co. Chancery Clerk
PO Box 547
Belzoni MS 39038

9590 9402 5801 0034 2920 79

2. Article Number *(Transfer from service label)*

7018 3090 0000 2526 1082

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Mack D Liddell

C. Date of Delivery
Jr. 3/19/

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt