Zimbra

asmith@humphreyscounty.org

## Jerry Wayne Roland

**From :** Tonya Ham <tham@curriejohnson.com>  Mon, May 18, 2020 11:00 AM
**Subject :** Jerry Wayne Roland
**To :** Akeitha Smith <asmith@humphreyscounty.org>
**Cc :** Becky Cowan <bcowan@curriejohnson.com>

Mrs. Smith,

Per our telephone conversation, Mrs. Becky Cowan has been retained to present the Humphreys County Sheriff's Department in a claim being made by Jerry Wayne Roland. We would like to request that a copy of any and all files against Mr. Roland in Humphreys County Justice Court.

Thank you for your assistance in this matter.

Tonya R. Ham
Legal Assistant to
Edward J. Currie and Rebecca B. Cowan

CURRIE JOHNSON & MYERS, P.A.
P.O. Box 750, Jackson, MS 39205
Phone: 601-969-1010
Fax: 601-969-5120
Direct Dial: 601-608-1109

**CONFIDENTIALITY NOTICE**

The information contained in this communication is PRIVILEGED AND CONFIDENTIAL and intended only for the use of the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Immediately notify us by return e-mail if you have received the communication in error. Please delete this communication and any copies thereof.