130-670

# GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

HUMPHREYS COUNTY

BEFORE ME, Aletha Smith

a Justice Court Clerk of said County, in Justice District No. _____

Jonathan Snyder _____ who

makes affidavit that Jerry Wayne Rowland _____

on or about October 30 _____ 20 17 in the county aforesaid, in said Justice's

District Threatening (97-3-107(2)) I, Jerry Wayne Rowland
did willfully and unlawfully stalk Jonathan Snyder
and his family by making a credible threat to cause
harm to them by stating: "I do not want to do this, but I
am going to come and kill all of you, no good bastards, which
threat would cause a reasonable person to fear for the safety of Snyder's family.

against the peace and dignity of the state of Mississippi.

Sworn to and subscribed before me, this 31st day of October _____, 20 17

_____
JUSTICE COURT CLERK/DEPUTY CLERK

BANNER PRINTING CO., INC. - BELZONI

STATE OF MISSISSIPPI
HUMPHREYS COUNTY
I, Sandra A. Overton, Clerk of the Justice Court in and for the state
and county aforesaid, hereby certify that the foregoing is a true and
correct copy of the File of Jonathan Snyder vs Jerry W. Rowland
as the same appears of record in Docket 130
Page 670 of the records in my office.
Given under my hand and official seal
this the 24th day of October, 20 20
_____ DC. _____ Justice Court Clerk

1 of 8

```
10/31/2017                    HUMPHRE.  COUNTY SO                    PAGE    1
08:42:4?                     CAD Incident Detail                    USER BROWN


CAD Incident: 2017-00005019          ESN  : 0297          ' L   F   E   R
Phone  : 662 836-9924.               Law  : HCSO
Name   : JONATHAN SNYDER              Fire : HCFD
Address : 1103 OAKWOOD DR             EMS  : EMS
Community: BELZONI                    Rescue:
Jurisdctn:
Intersect:                           Disp :
SubDivisn:                           Source: N9C
Caller Address:  1103 OAKWOOD DRIVE
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
CAD Call Times: THREAT BODILY HARM
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Incoming Call: 00/00/0000 00:00:00
Call Created : 10/31/2017 08:31:30   Created By: BROWN        Pos:002 TERM 2
Call Send Time   :         00:00:00  Sent By  :               Action:
Call Dispatch Time:        00:00:00  Event : 10104   3        Language:
Call Enroute Time :        00:00:00  Law  :
Call Arrival Time :        00:00:00  Fire :
Call Clear Time   :        00:00:00  EMS  :
Call Closed  :00/00/0000 00:00:00    Rescue:
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Original Dispatch Remarks:
 MR. SNYDER CAME TO CENTRAL DISPATCH TO FILE A COMPLAINT ON
 HIS STEP FATHER JERRY WAYNE ROLAND IN REFERENCE TO HE RECEIVED A
 TEXT MESSAGE ON 10-30-2017 SAYING YOU ARE SORRY AS THEY ARE.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                              Narratives
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Narrative By: BROWN      10/31/2017 08:42
MR. SNYDER ALSO STATED THAT JERRY WAYNE ROLAND SENT HIM ANOTHER TEXT MESSAGE
THIS MORNING 10-31/2017 SAYING THAT HE DO NOT WANT TO DO THIS, BUT I(JERRY
WAYNE ROLAND)IS GOING TO COME AND KILL ALL OF YOU NO GOOD BASTARD. MR. SNYDER
STATED HE WILL BE FILING CHARGES ON JERRY WAYNE ROLAND FOR THREATENING HIM
AND HIS FAMILY.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
UNIT  DEPT STATUS/DSP/CASE  LOCATION/REMARK          USER  DATE    TIME
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
```

2 of 8

# HUMPHREYS COUNTY JUSTICE COURT
# FACT SHEET

## PLEASE READ THE FOLLOWING CAREFULLY!

After completing this fact sheet, your criminal affidavit will be prepared by a clerk. You will read and swear to this affidavit. The file will be given to the assigned Judge for his/her determination as to whether or not a warrant should be issued on the charge. If a warrant is issued, the Defendant will be served and the court will await their return copy. After that, you will be notified by mail as to when you should appear in court to testify on this case.

It is very important that you give the court an address on the defendant, so that a warrant can be served. If you decide to drop these charges, you must appear in this court and advise the clerk that you wish to drop charges. You will be responsible for any court fees that have incurred to that point before the case will be closed.

**I HAVE READ THE ABOVE AND FULLY UNDERSTAND.**

Date: 10/31/17

Name: JONATHAN SNYDER

Mailing Address: 1103 OAKWOOD DR

City State: BELZONI

Phone No. 602 836 9924

**THE PERSON YOU WANT TO SIGN PAPERS AGAINST IS:**

Name: JERRY WAINE ROLAND

Address: _____

City State: ISOLA MS

Phone: 662 635 0438

The date this incident happened: 10/30 ; 10/31

Please give a statement as to what happened or you may use your incident report!

See incident report!

3 of 8

# HUMPHREYS COUNTY JUSTICE COURT
# FACT SHEET

## READ THE STATEMENT BELOW AND AGREE THAT YOU FULLY UNDERSTAND!

I understand that I am responsible for court cost if I refuse to appear in court on the date scheduled by the court for the charges I have filed against said subject. I understand that if I decide to drop charges it will be a fee up to $96.50 per charge for misdemeanor charges and $110.00 per charge for felony charges.

_____ Plaintiff

4 of 8

IN THE JUSTICE COURT OF HUMPHREYS COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI versus                    BOOK   130 PAGE     670
DEFENDANT: ROWLAND JERRY WAYNE

CRIMINAL SUMMONS TO APPEAR
AND NOTICE TO THE DEFENDANT

TO ANY OFFICER AUTHORIZED BY LAW
WITHIN THE STATE OF MISSISSIPPI TO SERVE SUMMONS:

WHEREAS this Court having considered the attached criminal affidavit, and
any sworn testimony taken, and finding probable cause to believe that a
crime has been committed and probable cause to believe that the DEFENDANT
in the above-styled case committed it, and also finding that the DEFENDANT
is not in custody, that the offense charged is bailable as a matter of
right, and that there is no reasonable cause to believe that the DEFENDANT
will not obey this summons,

YOU ARE HEREBY COMMANDED TO SUMMONS:
    ROWLAND JERRY WAYNE

    BELZONI MS 39038
to appear before this Court on the    th day of   November , 2017, at  00:00   M.
at:       102 CASTLEMAN STREET
          BELZONI        MS 39038        Contact court for court date
for a hearing on the charge of: THREATENING

BY PERSONALLY DELIVERING a copy of this summons to the DEFENDANT; and
TO PROMPTLY RETURN the served summons to the JUSTICE COURT CLERK OF THIS
COURT.

ORDERED AND ADJUDGED this the  21  day of  December 2017 at  2:42 P.M.

Notice to the Defendant

YOU ARE TO BRING TO THE HEARING THIS SUMMONS. FAILURE TO APPEAR FOR YOUR
SCHEDULED COURT HEARING AS SET FORTH IN THIS SUMMONS MAY RESULT IN A BENCH
WARRANT BEING ISSUED FOR YOUR ARREST. YOU ARE REQUIRED TO PROMPTLY NOTIFY
THE COURT OF ANY CHANGE OF ADDRESS.

OFFICER'S RETURN:
STATE OF MISSISSIPPI,

I have this day served the above summons in compliance with its terms and
conditions.

DATE AND TIME THE SUMMONS WAS PERSONALLY SERVED ON THE DEFENDANT:
  Monday   AT   16:45    AM PM.
  _____        _____        _____
  OFFICER                BADGE NUMBER            DATE
                           7-3                    1/8/18

Sworn to and subscribed before me this _____ day of _____, _____.

                    5 of 8
                                        _____
                                        JUSTICE COURT CLERK/D.C.

Book  130  Page     670  Citation _____    Out of State? **N**  Status **C** (A, I, C)
Defendant ROWLAND JERRY WAYNE
Address   _____

                                                Bond Amt  _____
                                                Surety Name _____
SZ        BELZONI MS 39038                      _____
Affiant Name JONATHAN SNYDER 1103 OAKWOOD D  RIVE BELZONI MS 39038
Sex **M** Race **W**  Date of Birth    -   -        SSN _____  Phone _____
State Licensed __  Drivers License Number _____    IDCard? ___
Vehicle License _____  State   Make _____  Year _____  Type ___ (Auto,Trk)
AC       Speed _____  Zone _____  Nature of Off. THREATENING _____
Filing Date 10 - 31 - 2017 Offense Date 10 - 30 - 2017 Time    :
Judge                  Room _____ Court Date 11 - __ - 2017 Time __ : __ _ M.
Disposition 11 - __ - 2017 Code   **1** GUILTY
Badge _____  Agency ____  Officer _____
Constable ____                        Waived _____     Appeared _ Y/N
Remarks _____                Bad Check Amount _____
Plead  Voluntarily _  Found _ on ___ / __ /    Atty? _  Jail Time _____
Restitution _____  Garnishment _ Y/N    Comment _____
Charge 1383 THREATENING
Total Owed      326.75      Total Paid _____       Total Due     326.75

F1-JUDGMENT    F2-CLEARING   F3-WARRANTS    F5-OFFICERS   F6-PROCESS   F8-DISP CODES   F12-RECEIPTS   F13-IMAGES   F18-FORMS

6 of 8

```
JCMAFD01  JCM5                    CRIMINAL AFFIDAVIT              JCWAFD21/M5
Book 130 Page     670 Citation _____
Defendant ROWLAND JERRY WAYNE _____    Out of State? N  Status C (A, I, C)
Address _____
        _____       Bond Amt _____
CSZ      BELZONI MS 39038                  Surety Name _____
Affiant Name JONATHAN SNYDER 1103 OAKWOOD D RIVE BELZONI MS 39038
Sex M Race W  Date of Birth  -   -         SSN _____   Phone _____
State Licensed   Drivers License Number _____  IDCard? _____
Vehicle License ___  State __ Make ___ Year ___ Type ___ (Auto,Trk)
TAC __ Speed ___ Zone ___ Nature of Off. THREATENING
Filing Date 10 - 31 - 2017 Offense Date 10 - 30 - 2017 Time   :
Judge _____ Room ___ Court Date 11 - __ - 2017 Time  :  __ _ M.
Disposition 11 -  - 2017 Code  I GUILTY
Badge ___ Agency ___ Officer _____
Constable __                               Waived ___    Appeared  _ Y/N
Remarks                                    Bad Check Amount _____
Plead Voluntarily  Found  on  /  /         Atty? ___ Jail Time _____
Restitution ___ Garnishment  Y/N           Comment _____
Charge 1383 THREATENING
Total Owed      326.75     Total Paid           Total Due    326.75
              F3-WARRANTS        F12-RECEIPTS     F13-IMAGES
F1-JUDGMENT  F2-CLEARING  F5-OFFICERS  F6-PROCESS  F8-DISP CODES  F18-FORMS
```

7 of 8

# IN THE JUSTICE COURT OF HUMPHREYS COUNTY, MISSISSIPPI

**THE STATE OF MISSISSIPPI**

**VS.**

**Defendant's Name** _Jerry Wayne Rowland_

**Defendant's Alias** _Wayne Rowland_

# TIME SERVED ORDER

| CAUSE NUMBER | VIOLATION CHARGED |
|---|---|
| 130 - 803 | Simple Assault - Attempt |
| 130 - 670 | Threatening |
| 133 - 170 | Trespassing |

Defendant has been incarcerated continuously since the _____ day of _____, _____.

He was incarcerated in (location) _Humphrays County Jail_

He was incarcerated from _1|5| 19_ to _10|11|19_

I certify that this defendant was continuously incarcerated in _Humphrays County Jail_

_H-2 Dann D. All_      _10|11|19_

(Officer)             (Date)

_____      _____

(Jailer)             (Date)

# ORDER

Be it known that on _____, the above Motion for Credit for Time Served was

considered by this Court and is in all things: _____✓_____ GRANTED _____ DENIED

this _11th_ day of _October_, _2019_

_Abraham Hester_

Justice Court Judge

_8 of 8_

# GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

HUMPHREYS COUNTY

BEFORE ME, _Aletha Smith_

a Justice Court Clerk of said County, in Justice District No. _____

_Scott Jackson_ who

makes affidavit that _Jerry Wayne Rowland_

on or about _October 30_ , 20__, in the county aforesaid, in said Justice's

District _Aggravated Assault- Use of Deadly weapon- 97-3-7(2)(a)(i)_

_Jerry Wayne, Rowland did purposely, Knowingly_
_and Feloniously, attempt to cause bodily injury, to Scott_
_Jackson with a machete, a deadly weapon, by_
_swinging a machete, and a knife, at Scott Jackson while_
_threatening to kill him, and his family, and burn his house down._

against the peace and dignity of the state of Mississippi.

Sworn to and subscribed before me, this _31st_ day of _October_ , 20 _17_

_____
JUSTICE COURT CLERK/DEPUTY CLERK

BANNER PRINTING CO., INC. - BELZONI

STATE OF MISSISSIPPI
HUMPHREYS COUNTY
I, Sandra A. Overton, Clerk of the Justice Court in and for the state
and county aforesaid, hereby certify that the foregoing is a true and
correct copy of the _File of Scott Jackson vs Jerry W. Rowland_
as the same appears of record in Docket _130_
Page _803_ of the records in my office.
Given under my hand and official seal
this the _14th_ day of _October_ , 20 _20_
_____ DC _____ Justice Court Clerk

(1) of 18

# HUMPHREYS COUNTY JUSTICE COURT
# FACT SHEET

## PLEASE READ THE FOLLOWING CAREFULLY!

After completing this fact sheet, your criminal affidavit will be prepared by a clerk. You will read and swear to this affidavit. The file will be given to the assigned Judge for his/her determination as to whether or not a warrant should be issued on the charge. If a warrant is issued, the Defendant will be served and the court will await their return copy. After that, you will be notified by mail as to when you should appear in court to testify on this case.

It is very important that you give the court an address on the defendant, so that a warrant can be served. If you decide to drop these charges, you must appear in this court and advise the clerk that you wish to drop charges. You will be responsible for any court fees that have incurred to that point before the case will be closed.

## I HAVE READ THE ABOVE AND FULLY UNDERSTAND.

Date: _10-31-2017_

Name: _Scott Jackson_

Mailing Address: _POBox 107_

City State: _Inverness MS 38753_

Phone No. _662-299-7436_

## THE PERSON YOU WANT TO SIGN PAPERS AGAINST IS:

Name: _Jerry Wayne Rowland_

Address: _____

City State: _Isola_

Phone: _662-635-0438_

The date this incident happened: _10-30-2017_

Please give a statement as to what happened or you may use your incident report!

_See incident report!_

0 of 18

# HUMPHREYS COUNTY JUSTICE COURT
## 102 CASTLEMAN STREET
### BELZONI, MISSISSIPPI 39038

## READ THE STATEMENT BELOW AND AGREE THAT YOU FULLY UNDERSTAND!

I understand that I am responsible for court cost if I refuse to appear in court on the date scheduled by the court for the charges I have filed against said subject. I understand that if I decide to drop charges it will be a fee of up to $96.50 per charge for misdemeanor charges and up to $145.00 per charge for felony charges.

_____
                                    Plaintiff

3 of 18

```
10/30/2017                     HUMPHREYS COUNTY SO              PAGE      1
16:53:4                          CAD Incident Detail            USER MANUE


CAD Incident: 2017-00005010          ESN  : 0297          L    F    E    R
Phone    : 662 299-7436              Law  : HCSO
Name     : SCOTT JACKSON             Fire : HCFD
Address  : 1102 SOPPY DEADENING RD   EMS  : EMS
Community: ISOLA                     Rescue:
Jurisdctn:
Intersect: DEAD END                  Disp :
SubDivisn:                           Source: CEL
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
CAD Call Times: STOLEN VEHICLE
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Incoming Call: 10/30/2017 14:56:22
Call Created : 10/30/2017 14:56:24   Created By: MANUEL     Pos:002 TERM 2
Call Send Time   :      00:00:00     Sent By  :             Action:
Call Dispatch Time:     15:21:48     Event : 1084    1      Language:
Call Enroute Time :     15:21:48     Law  :
Call Arrival Time :     15:21:58     Fire :
Call Clear Time   :     16:12:20     EMS  :
Call Closed   :00/00/0000 00:00:00   Rescue:
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Original Dispatch Remarks:
 +33 14.44 -90 34.60 MR. JACKSON CALLED THE 911 LINE IN
 REFERENCE TO JERRY WYAN ROWLAND STEALING HIS TRUCK AND TRYING TO
 STABBED HIM. TRAFFIC WAS GIVEN TO H-17/JONES, I-2/FOXWORTH AND
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                              Narratives
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Narrative By: MANUEL      10/30/2017 15:0
RESPONDED. MR. JACKSON ADVISED CENTRAL JERRY WYAN ROWLAND STOLE HIS 2005
SILVER GMC TRUCK AND HEADED TO HIS FATHER RESIDENCE ON BELL WOLF DRIVE ISOLA,
IS.

Narrative By: MANUEL      10/30/2017 15:1
H-17/JONES, I-2/FOXWORTH ADVISED CENTRAL THEY ARE AT THE ABOVE LOCATION AT
THIS TIME.

Narrative By: MANUEL      10/30/2017 15:1
H-17/JO IS ADVISED CENTRAL MS TAG#HM3533

Narrative By: MANUEL      10/30/2017 15:1
CIC RESPONSE
2127.
DI 3089 15:14:29 10/30/17
R MSPA 0000.MS0270001.
IN/1G PC14TX4Z127959
R MSLN 0000.MS0270001.*MRI6119204.
**** RECORDS MAINTAINED BY MS TAX COMMISSION ****
IC/CMV 33   LIT/TK EXP/08-2018 ISSUED/08172017 TAG STATUS/1
TK/GPC14TX4Z127959    2004 GMC  NC1  K ALUMINUM / S
OR-DTE 08172017 TLE-DTE/08292017 TLE/G353093          TYPE/T
RG/SCOTT JACKSON FARMS               TLE/SCOTT JACKSON FARMS
```

4 of 18

```
10/30/2017                HUMPHREYS COUNTY SO                          PAGE    2
16:53:00                   CAD Incident Detail                        USER MANUE
```

SLOPPING ADENING RD/PO BOX 107          PO BOX 107
INVERNESS          MS 38753             INVERNESS          MS 38753
CO/HUMPHREYS                   CO/HUMPHREYS                      #LEINS/0
LEIN/1 DTE/                             LEIN/2 DTE/
DECALS #HM3533
Insurance Status/CONFIRMED Insurer/Mississippi Farm Bureau Cas Ins Co
Policy MCA0002262
MRI SO 207 32127 0021 15:14:29 10/30/17

Narrative By: MANUEL     10/30/2017 15:21
H-17/JONES RADIOED TO CENTRAL ADVISING HE IS SPEAKING MR. JACKSON AT THIS
TIME. H-17/JONES ADVISED CENTRAL JERRY WYAN ROWLAND STOLE MR. SCOTT JACKSON
TRUCK HAD A KNIFE, AND A MASHEDDY BEHIND THE SEAT OF THE TRUCK. H-17/JONES
ADVISED HE HAS THE SUSPECT JERRY WYAN ROWLAND IN CUSTODY AT
THIS TIME.

Narrative By: MANUEL     10/30/2017 15:25
H-17/JONES ADVISED CENTRAL MR. JACKSON WAS COMING TO CENTRAL TO DO THE PROPER
PAPERWORK.

Narrative By: MANUEL     10/30/2017 15:30
H-17/JONES ADVISED CENTRAL HE IS ENROUTE WITH ONE MALE SUBJECT TO THE COUNTY
JAIL AT THIS TIME. H-2/CHIEF ALLEN ADVISED H-17/JONES TO RELEASE THAT SUBJECT
AT THIS TIME.

Narrative By: MANUEL     10/30/2017 16:37
H-17/JONES ADVISED CENTRAL

Narrative By: MANUEL     10/30/2017 16:50
UPDATE:
MR. SCOTT JACKSON CAME INTO CENTRAL DISPATCH IN REFERENCE TO JERRY WYAN
ROWLAND SLIPPING OUT ON HIM THREATING HIM AND ATTEMPTING TO CUT HIM WITH A
KNIFE. MR. JACKSON STATED HE TOLD JERRY WYAN ROWLAND HE HAD TWO TRUCKS THAT
NEEDED TO BE FIXED AND NEEDED TO BE OUT ON THE ROAD TODAY.  MR. JACKSON STATED
HE PROVIDED JERRY WYAN ROWLAND A PLACE TO LIVE AND OUT THE COLD. MR. JACKSON
STATED JERRY WYAN ROWLAND THRETEN HIM AND SAID HE WILL KILL MR. JACKSON AND
HIS WHOLE FAMILY. MR. SCOTT JACKSON ADVISED HE WILL BE FILLING CHARGES ON
JERRY WYAN ROWLAND.

| UNIT | DEPT | STATUS/DSP/CASE | LOCATION/REMARK | USER | DATE | TIME |
|------|------|-----------------|-----------------|------|------|------|
| | | 01 1017 | | MANUE | 10/30 | 15:21:48 |
| | | 02 1023 | | MANUE | 10/30 | 15:21:58 |
| | | 03 1017 | | MANUE | 10/30 | 15:22:13 |
| | | 01 1023 | | MANUE | 10/30 | 15:22:17 |
| | | 04 CLR | | MANUE | 10/30 | 16:12:16 |
| | | 01 CLR | | MANUE | 10/30 | 16:12:19 |

GAF 18

#2917-342

# GENERAL WARRANT

**State of Mississippi**
**County of Humphreys**

TO ANY LAWFUL OFFICER OF HUMPHREYS COUNTY - GREETINGS:

WE COMMAND YOU TO TAKE forthwith the body of _Jerry Wayne Rowland_

and bring _him_ before the undersigned Justice Court Judge of _Humphreys_

District to answer a charge of _Aggravated Assault - Use of Deadly_
_Weapon [ 97-3-7(2)(a)(ii) ]_

Witness my hand, this the _01_ day of _November_ 20____

_____
JUSTICE COURT JUDGE or CLERK

I have this day personally delivered to _Jerry wayne Rowland_

a true copy of this warrant.

This the _8th_ day of _Jan_ A.D., 20_19_.

**J. D. ROSEMAN, SHERIFF**

By: _Daryl Jans H-3_ D.S.

By: _____ Constable

(White - Court Copy) (Canary - Sheriff or Constable Copy) (Pink - Defendants Copy)

BANNER PRINTING CO., INC.-BELZONI, MS

6 of 18




**HUMPHREYS COUNTY JUSTICE COURT**
**SANDRA A. OVERTON,** *CLERK*
102 CASTLEMAN STREET
BELZONI, MISSISSIPPI 39038

**ABRAHAM GATES**
JUDGE - Northern District

**SHIRLEY B. CUMMINGS**
JUDGE - Southern District

**AKEITHA SMITH**
Deputy Clerk

**MARVA A. GIBSON**
Deputy Clerk

# REDUCTION OF FELONY CHARGES

STATE OF MISSISSIPPI

VS

Terry Wayne Rowland

CHARGE: Aggravated Assault-Use of Deadly Weapon
[97-3-76)(a)(i)]

May it please the court, in the above styled cause, and after considering the

circumstances and evidence, we hereby reduce the above stated charges to:

Simple Assault - Attempt By Physical
Menace To Create Fear

H-2 Danie D. Alen
Officer

1-9-18
Date

D.C.
Justice Court Clerk/Deputy

1-9-18
Date

n of 18

HUMPHREYS COUNTY
## SHERIFF DEPARTMENT
BELZONI, MISSISSIPPI 39038

№ 3656

# UNIFORM ARREST TICKET

Location _Isola_ Date _1/9_ 20_1_ Time _8:19_

Day of Week _Tuesday_

Name _Jerry wayne Rob_ Phone _836-9924_

Address _1103 oakwood Drive_

City & State _Belzoni_

S.S. _42-13-619_ Ht. _5'11_ Wt. _220_ Race _W_ Sex _M_

Direction to Home-Street _____

| | BIRTH | |
|---|---|---|
| Mo. | Day | Yr. |
| 12 | 11 | 72 |

### YOU ARE HEREBY NOTIFIED TO APPEAR BEFORE

Justice Court        102 Castleman Street        Phone 247-4337

On _Jan. 25_ 20_1_ At _9:00_ O'clock _A_ M.

To answer for violating the laws of the County and/or State of Mississippi to wit: _Simple Assault by threat_

Signed _David Jones_
Officer

### JUDGEMENT BY THE COURT

| Chg. | Fine | Cost | Guilty | Not Guilty | Appld. | Date |
|------|------|------|--------|-----------|--------|------|
|      |      |      |        |           |        |      |

I certify that this is a true and correct copy of my court records.

Case _____ Docket _130_ Page _803_

_____        _____
Judge                Court Clerk

### Upon Failure To Appear A Warrant For Your Arrest Will Be Issued

(White-Violator's Copy, Canary-Court Clerk's Copy, Pink-Officer's Copy)

8 of 18

# HUMPHREYS COUNTY JUSTICE COURT
# HUMPHREYS COUNTY MISSISSIPPI

### CRIMINAL

DATE FILED _10/31/17_      DOCKET NO. _130_

TRIAL DATE _2/15/18_       CASE NO. _803_

TRIAL DATE_____     JUDGE _Cummings_

THE STATE OF MISSISSIPPI/ _Scott Jackson_

_Rowland, Jerry Wayne_ VS.

_____

CHARGE(S):

(1) _Simple Assault Attempt By Physical_

(2) _____

(3) _____

### DEFENDANTS PLEA:

☐ NOLO CONTENDRE      ☐ GUILTY

☐ NOT GUILTY

ATTORNEY FOR STATE_____

ATTORNEY FOR DEFENDANT_____

### COURT ACTION

☐ GUILTY           ☐ NOLLE PROSEQUI

☐ NOT GUILTY       ☐ REMAND TO FILE

☐ DISMISSED        ☐ BOND_____

☐ BOUND OVER       ☐ OTHER_____

### OTHER ACTION

☐ WAIVED PRELIMINARY   ☐ OTHER_____

☐ WAIVED ATTORNEY      ☐ OTHER_____

☐ INDICTED

### SENTENCE

FINE _115.00_          JAIL TIME_____

COST _171.75_          PROBATION_____

TOTAL _286.75_         OTHER_____

JUDGE _Shirley Cummings_

DATE _02-15-2018_

DAWKINS OFFICE SUPPLY

_9 of 18_

IN THE JUSTICE COURT OF HUMPHREYS COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI versus                    BOOK   130 PAGE     803
DEFENDANT: ROWLAND JERRY WAYNE

                    CRIMINAL SUMMONS TO APPEAR
                    AND NOTICE TO THE DEFENDANT

TO ANY OFFICER AUTHORIZED BY LAW
WITHIN THE STATE OF MISSISSIPPI TO SERVE SUMMONS:

WHEREAS this Court having considered the attached criminal affidavit, and
any sworn testimony taken, and finding probable cause to believe that a
crime has been committed and probable cause to believe that the DEFENDANT
in the above-styled case committed it, and also finding that the DEFENDANT
is not in custody, that the offense charged is bailable as a matter of
right, and that there is no reasonable cause to believe that the DEFENDANT
will not obey this summons,

YOU ARE HEREBY COMMANDED TO SUMMONS:
                    ROWLAND JERRY WAYNE
                    1103 OAKWOOD DRIVE
                    BELZONI MS 39038
to appear before this Court on the 15th day of February ,2018,at 10:00 AM.
at:            102 CASTLEMAN STREET
               BELZONI        MS 39038
for a hearing on the charge of: ASSAULT, SIMPLE-ATTEMPT BY PHYSICAL

BY PERSONALLY DELIVERING a copy of this summons to the DEFENDANT; and
TO PROMPTLY RETURN the served summons to the JUSTICE COURT CLERK OF THIS
COURT.

ORDERED AND ADJUDGED this the 29th day of January, 2018 at 2:42pm.

                                           _____
                                           JUSTICE COURT JUDGE

               Notice to the Defendant

YOU ARE TO BRING TO THE HEARING THIS SUMMONS. FAILURE TO APPEAR FOR YOUR
SCHEDULED COURT HEARING AS SET FORTH IN THIS SUMMONS MAY RESULT IN A BENCH
WARRANT BEING ISSUED FOR YOUR ARREST. YOU ARE REQUIRED TO PROMPTLY NOTIFY
THE COURT OF ANY CHANGE OF ADDRESS.

OFFICER'S RETURN:
STATE OF MISSISSIPPI,

I have this day served the above summons in compliance with its terms and
conditions.

DATE AND TIME THE SUMMONS WAS PERSONALLY SERVED ON THE DEFENDANT:
_____ AT 11:45 ____ AM/PM.

_____      _____      1-30-18
OFFICER              BADGE NUMBER          DATE

Sworn to and subscribed before me this 31st day of January



**HUMPHREYS COUNTY JUSTICE COURT**
**SANDRA A. OVERTON,** *CLERK*
102 CASTLEMAN STREET
BELZONI, MISSISSIPPI 39038



**ABRAHAM GATES**
JUDGE - Northern District

**SHIRLEY B. CUMMINGS**
JUDGE - Southern District

**AKEITHA SMITH**
Deputy Clerk

**MARVA A. GIBSON**
Deputy Clerk

CRIMINAL COURT NOTICE

Date: 1/26/18

Docket: 130   Page(s): 803

Scott Jackson
Plaintiff

VS.

Jerry Wayne Rowland
Defendant

Dear Scott Jackson

In reference to the above style case that is pending here in Justice Court, your case has been scheduled for February 15 , 20 18 at 10:00 a.m./p.m. Please disregard previous notice(s). If you have any questions, please contact our office at (662) 247-4337.

Clerk/Deputy Clerk

JUSTICE COURT PHONE (662) 247- 4337
OR (662) 247-2917
FAX (662) 247-1095

 

**HUMPHREYS COUNTY JUSTICE COURT**
**SANDRA A. OVERTON,** *CLERK*
102 CASTLEMAN STREET
BELZONI, MISSISSIPPI 39038

ABRAHAM GATES
JUDGE - Northern District

SHIRLEY B. CUMMINGS
JUDGE - Southern District

AKEITHA SMITH
Deputy Clerk

MARVA A. GIBSON
Deputy Clerk

## CRIMINAL COURT NOTICE

Date: _01- 25-2018_

Docket: _130_ Page(s): _803_

_Sheriff Dept. H-12_
Plaintiff

VS.

_Jerry Rowland_
Defendant

Dear _Jerry_ ,

In reference to the above style case that is pending here in Justice Court, your case has been scheduled for _February 15_ , 20 _18_ at _10:00_ a.m./p.m. Please disregard previous notice(s). If you have any questions, please contact our office at (662) 247-4337.

_____
Clerk/ Deputy Clerk

**JUSTICE COURT PHONE (662) 247- 4337**
**OR (662) 247-2917**
**FAX (662) 247-1095**

10 of 18

# IN THE JUSTICE COURT OF HUMPHREYS COUNTY, MISSISSIPPI

Date: 2/15/18                    Case #: 130-803

## CRIMINAL COURT ORDER

Name: Jerry Wayne Rowland

Total Fines: _____

Amount to Pay Today: _____

Money Form: _____          Probation: _____

Victim Impact: _____         Bench Warrant Issued: _____

Jail Time: _____             Days: _____

Work Program: _____          # of Hours _____

Comments:

_____

_____

_____

13 of 18

## CASE NOTES

JUDGE: Cummings

CASE: Scott Jackson _____ v. Jerry Wayne Rowland _____

CAUSE NO: 130-803 _____

DATE: February 15, 2018 _____

PROSECUTING ATTORNEY: Noel Crook _____

DEFENSE ATTORNEY: _____

ARRESTING AGENCY: _____

OFFICER(S): _____, _____, _____

CHARGE(S): Simple Assault, _____, _____

DATE OF ARREST: _____

| PROSECUTOR COMMENTS | DEFENSE COMMENTS |
|---|---|
| | |

NOTES: _____

_____

_____

_____

_____

DECISION: _____

FINE: _____   JAIL: _____

STAY GRANTED FOR _____ DAYS   APPEALED: _____

## IN THE JUSTICE COURT OF HUMPHREYS COUNTY, MISSISSIPPI

**THE STATE OF MISSISSIPPI**

**VS.**

**Defendant's Name** _Jerry Wayne Rowland_

**Defendant's Alias** _Wayne Rowland_

# TIME SERVED ORDER

**CAUSE NUMBER**

130 - 803

130 - 670

133 - 170

**VIOLATION CHARGED**

_Simple Assault - Attempt_

_Threatening_

_Trespassing_

Defendant has been incarcerated continuously since the _____ day of _____, _____

He was incarcerated in (location) _Humphreys County Jail_

He was incarcerated from _1/5/19_ to _10/11/19_

I certify that this defendant was continuously incarcerated in _Humphreys County Jail_.

_H-2 Dann Dgll_                              _10/11/19_

(Officer)                                        (Date)

_____        _____

(Jailer)                                          (Date)

## ORDER

Be it known that on _____, the above Motion for Credit for Time Served was

considered by this Court and is in all things: _____✓_____ GRANTED _____ DENIED

this _11th_ day of _October_, _2019_.

_Abraham Hoter_  Justice Court Judge

Zimbra

asmith@humphreyscounty.org

**Jerry Wayne Roland**

**From :** Tonya Ham <tham@curriejohnson.com>
**Subject :** Jerry Wayne Roland

Mon, May 18, 2020 11:00 AM

**To :** Akeitha Smith <asmith@humphreyscounty.org>
**Cc :** Becky Cowan <bcowan@curriejohnson.com>

Mrs. Smith,

Per our telephone conversation, Mrs. Becky Cowan has been retained to present the Humphreys County Sheriff's Department in a claim being made by Jerry Wayne Roland. We would like to request that a copy of any and all files against Mr. Roland in Humphreys County Justice Court.

Thank you for your assistance in this matter.

**Tonya R. Ham**
Legal Assistant to
Edward J. Currie and Rebecca B. Cowan

**CURRIE JOHNSON & MYERS, P.A.**
P.O. Box 750, Jackson, MS 39205
Phone: 601-969-1010
Fax: 601-969-5120
Direct Dial: 601-608-1109

**CONFIDENTIALITY NOTICE**

The information contained in this communication is PRIVILEGED AND CONFIDENTIAL and intended only for the use of the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Immediately notify us by return e-mail if you have received the communication in error. Please delete this communication and any copies thereof.

UNITED STATES POSTAGE

$ 001.90

02 1P
0000876672    FEB 10 202
MAILED FROM ZIP CODE 3903

Boyd P. Atkinson
Attorney at Law
P. O. Box 427
Cleveland, MS 38732

ICE COURT
EET
38

17 of 18

# BOYD P. ATKINSON
## Attorney at Law
atkinsonboydp@yahoo.com

TELEPHONE

(662) 843-9766
(662) 843-9770

202 North Pearman Avenue
Post Office Box 427
Cleveland, MS 38732


February 4, 2020


Ms. Sandra Overton
Humphreys County Justice Court Clerk
102 Castleman Street
Belzoni, MS 39038

     Re:   Jerry Wayne Roland

Dear Ms. Overton:

     Please send me a copy of the affidavit signed by Tommy Gates or David James with the Humphreys County Sheriff's Department concerning Jerry Wayne Roland on possible charges of trespass, grand larceny, or burglary in either December of 2018 or January of 2019, as well as copies of any documentation showing where Mr. Roland had a preliminary hearing or an initial appearance on a charge of grand larceny and/or breaking and entering in January, February, or March of 2019.

Very truly yours,

Boyd P. Atkinson

BPA:rgm


FILED

FEB 07 2020

HUMPHREYS COUNTY
JUSTICE COURT

18 of 18

# GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

HUMPHREYS COUNTY

BEFORE ME, Alkeiyha Smith

a Justice Court Clerk of said County, in Justice District No.

Humphreys County Sheriff Department who

makes affidavit that Jerry Wayne Rolland

on or about December 1 20 18 in the county aforesaid, in said Justice's

District Grand Larceny L97-17-41 (D) Jerry Wayne Rolland

did willfully, unlawfully, and feloniously attempt

to take, steal, and carry away diesel fuel, the

property of Werren & Sons farm.

against the peace and dignity of the state of Mississippi.

Sworn to and subscribed before me, this 3rd day of December , 20 2C

JUSTICE COURT CLERK/DEPUTY CLERK

BANNER PRINTING CO., INC. - BELZONI

STATE OF MISSISSIPPI
HUMPHREYS COUNTY
I, Sandra A. Overton, Clerk of the Justice Court in and for the state and county aforesaid, hereby certify that the foregoing is a true and correct copy of the file of HCS.D vs Jerry W. Rowland
as the same appears of record in Docket 133
Page 170 of the records in my office.
Given under my hand and official seal
this the 14th day of October , 20 0C
Justice Court Clerk

SANDRA A. OVERTON ★ JUSTICE COURT ★ CLERK ★ HUMPHREYS COUNTY, MISSISSIPPI

1 of 19

```
2/03/2018                    HUMPHREYS COUNTY SO                     PAGE     1
 :45:31                      CAD Incident Detail                     USER THOMA
```

*Jerry Wayne Rolland*

```
AD Incident: 2018-00004159          ESN   : 0297          L   F   E   R
ione   : 662 962-2792               Law   : HCSO
ame    : NERREN & SONS HEADQTRS     Fire  : HCFD
idress : 4802 BEASLEY BAYOU RD      EMS   : EMS
ommunity: ISOLA                     Rescue:
urisdctn:
ntersect: HOKE RD                   Disp  : C
ubDivisn:                           Source: N9C
aller Address:  NERREN & SONS HEADQTRS
......................................................................
AD Call Times: ATTEMPTED GRAND LARCENY
......................................................................
ncoming Call: 12/01/2018 22:06:29
all Created : 12/01/2018 22:06:29   Created By: BRADFIELD  Pos:001 TERM 1
all Send Time  :      00:00:00      Sent By  :           Action:
all Dispatch Time:    22:12:08      Event : 10185   1     Language:
all Enroute Time :    22:12:08      Law   :
all Arrival Time :    22:12:08      Fire  :
all Clear Time   :    22:26:37      EMS   :
all Closed   :12/02/2018 06:43:25   Rescue:
......................................................................
riginal Dispatch Remarks:
 CENTRAL DISPATCH RECEIVED A CALL FROM CHRIS NERREN IN
 REFERENCE TO WAYNE ROLLINS. MR. NERREN ADVISED THAT HE CAUGHT
 WAYNE NERREN TRYING TO STILL DIESEL GAS FROM HIS HEADQUARTERS.
......................................................................
                            Narratives
......................................................................

arrative By: BRADFIELD  12/01/2018 22:14
ENTRAL GAVE TRAFFIC TO S/O UNITS AND H5/WILLIAMS AND H9/HUNTER RESPONDED.

arrative By: BRADFIELD  12/01/2018 22:33
ENTRAL DISPATCH RECEIVED A CALL FROM MS. TERESA ERVING WHO ADVISED THAT A
ALE SUBJECT IDENTIFIED HIMSELF AS WAYNE ROLLAND WAS KNOCKING AT HER DOOR
TATING SOMEONE WAS SHOOTING AT HIM. CENTRAL DISPATCH GAVE TRAFFIC S/O UNITS.
5/WILLIAMS GAVE TRAFFIC THAT THEY HAVE WAYNE ROLLAND IN CUSTODY AND TO GET
HE NEXT WRECKER ON ROTATION. CENTRAL CALLED DEAN JOHNSON OF 49 AIRPORT
OWING AND THEY RESPONDED TO THE LOCATION. H9/HUNTER ADVISED THAT HE IS
NROUTE THE COUNTY JAIL WITH ONE WHITE MALE SUBJECT.
......................................................................
NIT   DEPT STATUS/DSP/CASE   LOCATION/REMARK          USER   DATE    TIME
......................................................................
5     L01 1023                                        BRADF  12/01  22:12:08
9     L01 1023                                        BRADF  12/01  22:12:12
5     L01 CLR                                         BRADF  12/01  22:26:32
9     L01 CLR                                         BRADF  12/01  22:26:35
```

2 of 19

**VOLUNTARY STATEMENT**
**(NOT UNDER ARREST)**

I, _WARD A (B.J) Jackson_ ,am not under arrest for, nor am I being detained for
any criminal offenses concerning the events I am about to make known to_____
Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the
following information of my own free will for whatever purpose it may serve.

I am _59_ years of age and I live
at _7080 Eason Bayou Rd._

_I got a phone call from Lit man on Sat nite Dec 1
2018 that a man was at the Diesel pumps trying
to steel Diesel so, I drove over to see when
the cam drove out the [illegible] with these still
runnin'. He was [illegible] before the [illegible]. then the
[illegible] drove out for [illegible] behind the [illegible]
I'll embed a [illegible] ...
... the time got [illegible] they [illegible]
they took him into custody._

I have read each page of this statement consisting of_____page(s)each page of which bears any signature,and corrections,if
any ,bear my initials, and I certify that the facts contained herein are true and correct.

Dated at _10:45_ , this _3rd_ day of _December_ 2018

Witness _[signature]_ _4-8_

Witness_____

Signature of person giving Voluntary statement _Ward A. Jackson B.J_

_3 of 19_

**VOLUNTARY STATEMENT** 662-580-2760
**(NOT UNDER ARREST)**

I, _Terech Earvin_ ,am not under arrest for, nor am I being detained for
any criminal offenses concerning the events I am about to make known to _Humphreys County Sheriff Dept_
Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the
following information of my own free will for whatever purpose it may serve.

I am _55_ years of age and I live
at _#18 Burke Rd Isola MS 38754_

I was At home in the bed whe I heord
a kat knock at the door. I asked who
was it she saide Wing Rollins to fle
said Oh let me in this 9." to
kill me. I then said Call 911" the to
And told them A man ts At a name Wing
Rollt was At my Door said some one
war AFtr him.

I have read each page of this statement consisting of_____page(s)each page of which bears any signature,and corrections,if
any ,bear my initials, and I certify that the facts contained herein are true and correct.

Dated at _Humphreys County Sheff Dept_ this _3rd_ day of _December_ 2018

Witness _L teeter Mghersa_ H-8
Witness_____

Signature of person giving Voluntary statement _Terich Earvin_

11 of 19

**VOLUNTARY STATEMENT**
**(NOT UNDER ARREST)**

I, R.H. Eubanks ,am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to Humphreys County Sheriff's Dept Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will for whatever purpose it may serve.

I am_____ years of age and I live at 4802 Beasley Bayou Rd Isola, Ms 39038

I came out of my house because I heard noises coming from outside. When I looked out I saw a white car beside the diesel pump and I heard the pump running. I never saw anyone near the pump. When I did see something. It looked like someone hiding behind a tree near the bayou. Then the Sheriff's Deputys came and took a white male into custody.

I have read each page of this statement consisting of_____page(s)each page of which bears any signature,and corrections,if any ,bear my initials, and I certify that the facts contained herein are true and correct.

Dated at 11:00 A.M. , this 3rd day of December 2018

Witness _Steven Mytheson H-8_

Witness_____

Signature of person giving Voluntary statement R.H. Eubanks Jr.

5 of 19

# GENERAL WARRANT    2018-154

State of Mississippi
County of Humphreys

TO ANY LAWFUL OFFICER OF HUMPHREYS COUNTY - GREETINGS:

WE COMMAND YOU TO TAKE forthwith the body of _Jerry Wayne Rolland_

and bring _him_ before the undersigned Justice Court Judge of _Humphreys_

District to answer a charge of _Grand Larceny [97-17-41(1)]_

Witness my hand, this the _4th_ day of _December_ ,20 _18_ .

_Abraham Gates_
JUSTICE COURT JUDGE or CLERK

I have this day personally delivered to _Jerry Wayne Rolland_

a true copy of this warrant.

This the _7th_ day of _Jan_ A.D., 20 _19_ .

**J. D. ROSEMAN, SHERIFF**

By: _Want Jan H3_ D.S.

By: _____ Constable

(White - Court Copy) (Canary - Sheriff or Constable Copy) (Pink - Defendants Copy)

BANNER PRINTING CO., INC.-BELZONI, MS

6 of 19

## HUMPHREYS COUNTY
# SHERIFF DEPARTMENT
BELZONI, MISSISSIPPI 39038

## UNIFORM ARREST TICKET

Location _Hwy 12_ Date _1/8_ 20 _19_ Time _7:35_

Day of Week _Tuesday_

Name _Jerry Wayne Rowland_ Phone

Address _No address_

City & State _Belzoni, MS 39038_

S.S. _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_ Ht. _5'11"_ Wt. _120_ Race _W_ Sex _M_

Direction to Home-Street _____

| BIRTH | |
|---|---|
| Mo. | Day | Yr. |

### YOU ARE HEREBY NOTIFIED TO APPEAR BEFORE

Justice Court    102 Castleman Street

Phone 247-4337

On _Jan 17_ 20 _19_ At _9:00_ O'clock _A_ M
To answer for violating the laws of the County or State of
Mississippi to wit: _Trespassing_

Signed _J. Paul James 14-3_

Officer _____

### JUDGEMENT BY THE COURT

| Chg. | Fine | Cost | Guilty | Not Guilty | Appld. | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

I certify that this is a true and correct copy of my court records.

Case _____    Docket _____

Judge _____

Court Clerk

### Upon Failure To Appear A Warrant For Your Arrest Will Be Issued
(White-Violator's Copy, Canary-Court Clerk's Copy, Pink-Officer's Copy)

---

# HUMPHREYS COUNTY JUSTICE COURT
## HUMPHREYS COUNTY MISSISSIPPI

CRIMINAL

DATE FILED _1/8/19_    DOCKET NO. _133_

TRIAL DATE _1/24/19_    CASE NO. _170_

TRIAL DATE _1/31/19_    JUDGE _Gates_

THE STATE OF MISSISSIPPI/ _HCSD/ D. James_

VS.

_Rowland, Jerry Wayne aka Rolland_

CHARGE(S):

(1) _Trespassing_

(2) _Disturbed-Peace Grand Larceny_

(3) _____

### DEFENDANTS PLEA:

☐ NOLO CONTENDRE    ☐ GUILTY

☐ NOT GUILTY

ATTORNEY FOR STATE _____

ATTORNEY FOR DEFENDANT _____

### COURT ACTION

☑ GUILTY    ☐ NOLLE PROSEQUI

☐ NOT GUILTY    ☐ REMAND TO FILE

☐ DISMISSED    ☐ BOND

☐ BOUND OVER    ☐ OTHER

### OTHER ACTION

☐ WAIVED PRELIMINARY    ☐ OTHER

☐ WAIVED ATTORNEY    ☐ OTHER

# WAIVER

## STATE OF MISSISSIPPI

### COUNTY OF HUMPHREYS

I, _Jerry Wayne Rowland-Rolland_, understand that I am charged with the offense(s) of _Grand Larceny 97-17-41(1)_ and have received a copy of a warrant so stating.

❖ I understand that I am not required to speak and that any statement I make may be used against me.

❖ I understand that if I am not presently represented by an attorney, that I have the right to assistance of any attorney, and that if I am unable to afford an attorney one will be appointed to represent me.

❖ I understand that I have the right to communicate with counsel, family or friends, and that reasonable means will be provided to enable me to do so.

❖ I understand that I have a right to a preliminary hearing and that a date for such hearing will be set within a reasonable time, if I so request.

❖ Having been advised of the above rights, I do hereby waive those rights and state that I do not want an attorney to assist me and that I do not want to have a preliminary hearing on these charges.

❖ I also understand that by waiving said preliminary hearing I can be bound over to the next Grand Jury of this County on these charges.

❖ I further understand that I may request an attorney and a preliminary hearing at a later time and that my request for same must be in writing.

This the _____ _____, 20____

_Trespass, Willfully_
_97-17-87_
_Set Ct date for_
_criminal offense_

_____
DEFENDANT

_____
JUSTICE COURT JUDGE

BANNER PRINTING CO., INC.

10 of 19

**HUMPHREYS COUNTY JUSTICE COURT**
**HUMPHREYS COUNTY MISSISSIPPI**

DATE FILED 1/8/19    **CRIMINAL**    DOCKET NO. 133

TRIAL DATE 1/24/19    CASE NO. 170

TRIAL DATE 1/21/19    JUDGE Gates

THE STATE OF MISSISSIPPI/ HC.S.D / #3 D. James

vs.

Rowland, Jerry Wayne aka Rolland

CHARGE(S):

(1) Trespassing

(2) (Reduced from Grand Larceny)

(3) _____

## DEFENDANTS PLEA:

☐ NOLO CONTENDRE    ☐ GUILTY

☐ NOT GUILTY

ATTORNEY FOR STATE _____

ATTORNEY FOR DEFENDANT _____

## COURT ACTION

☑ GUILTY    ☐ NOLLE PROSEQUI

☐ NOT GUILTY    ☐ REMAND TO FILE

☐ DISMISSED    ☐ BOND _____

☐ BOUND OVER    ☐ OTHER _____

## OTHER ACTION

☐ WAIVED PRELIMINARY    ☐ OTHER _____

☐ WAIVED ATTORNEY    ☐ OTHER _____

☐ INDICTED

## SENTENCE

FINE 100.00    JAIL TIME _____

COST 1060.75    PROBATION _____

TOTAL 2060.75    OTHER _____

Abraham Gates
JUDGE

2-21-19
DATE

DAWKINS OFFICE SUPPLY

# HUMPHREYS COUNTY JUSTICE COURT

### 102 CASTLEMAN ST
### BELZONI, MS 39038
#### 662-247-4337

### 01/14/2019

**THE STATE OF MISSISSIPPI**     BOOK: 133    PAGE: 170 - 2

**ROWLAND JERRY WAYNE AKA ROLLAND**
**NO ADDRESS-HOMELESS**

**BELZONI MS 39038**

YOU ARE HEREBY NOTIFIED THAT YOUR COURT DATE IS SET FOR THE <u>24TH</u> <u>DAY OF   JANUARY, 2019</u> AT <u>09:00A.M.</u> AT THE ABOVE ADDRESS. PLEASE MAKE ARRANGEMENTS TO BE IN COURT AT THAT TIME. IF YOU HAVE QUESTIONS, YOU CAN CONTACT THE JUSTICE COURT AT THE ABOVE NUMBER.

**JUSTICE COURT CLERK/ D.C.**

10 of 19

## HUMPHREYS COUNTY JUSTICE COURT

**102 CASTLEMAN ST
BELZONI, MS 39038
662-247-4337**

**02/13/2019**

THE STATE OF MISSISSIPPI                    BOOK: 133    PAGE: 170 - 2

**ROWLAND JERRY WAYNE AKA ROLLAND
NO ADDRESS-HOMELESS**                    (Transported to Sunflower Co. Jail by S.O.)

**BELZONI MS 39038**

**YOU ARE HEREBY NOTIFIED THAT YOUR COURT DATE IS SET FOR THE 21ST DAY OF FEBRUARY, 2019 AT 09:00A.M. AT THE ABOVE ADDRESS. PLEASE MAKE ARRANGEMENTS TO BE IN COURT AT THAT TIME. IF YOU HAVE QUESTIONS, YOU CAN CONTACT THE JUSTICE COURT AT THE ABOVE NUMBER.**

_____

**JUSTICE COURT CLERK/D.C.**

12 of 19

# Send Result Report

MFP

**❰K KYOCERA**

TASKalfa 3500i

Firmware Version 2LH_2F00.012.101 2017.07.21

02/13/2019 09:19
[2LF_1000.010.001] [2K9_1100.002.001] [2LC_7000.012.003]

Job No.: 029791          Total Time: 0°02'04"          Page: 001

# Complete

Document:          **doc02979120190213091013**

---

### HUMPHREYS COUNTY JUSTICE COURT

102 CASTLEMAN ST
BELZONI, MS 39038
662-247-4337

**02/13/2019**

THE STATE OF MISSISSIPPI          BOOK: 133  PAGE: 170 - 2

ROWLAND JERRY WAYNE AKA ROLLAND
NO ADDRESS-HOMELESS           (Transported to Sunflower Co. Jail by S.O.)

BELZONI MS 39038

YOU ARE HEREBY NOTIFIED THAT YOUR COURT DATE IS SET FOR THE 21ST
DAY OF FEBRUARY, 2019 AT 09:00 AM, AT THE ABOVE ADDRESS. PLEASE
MAKE ARRANGEMENTS TO BE IN COURT AT THAT TIME. IF YOU HAVE
QUESTIONS, YOU CAN CONTACT THE JUSTICE COURT AT THE ABOVE
NUMBER.

JUSTICE COURT CLERK H.C.

---



| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 02/13/19 09:10 | **Sheriff Dept** | 0°02'04" FAX | | OK | 200x100 Normal/Off |

```
JCMAFD01 JCM5                      CRIMINAL AFFIDAVIT                 JCWAFD21/M5
Book  133 Page    170 Citation      Out of State? N  Status C (A, I, C)
Defendant ROWLAND JERRY WAYNE AKA ROLLAND
Address   NO ADDRESS-HOMELESS
                                     Bond Amt _____
CSZ        BELZONI MS 39038          Surety Name
Affiant Name HUMPHREYS COUNTY SHERIFF DEPT
Sex M Race W  Date of Birth 12 - 11 - 1968 SSN 427136190 Phone
State Licensed __ Drivers License Number                  IDCard?
Vehicle License _____ State __ Make _____ Year ____ Type ____ (Auto,Trk)
BAC ____ Speed ____ Zone ____ Nature of Off. TRESPASSING
Filing Date  1 - 8 - 2019 Offense Date 12 - 1 - 2018 Time    :
Judge  8 JUDGE ABRAHAM GAT Room ___ Court Date  2 - 21 - 2019 Time  9 : __ A M.
Disposition  2 - 21 - 2019 Code   8 GUILTY-JAIL TIME FOR FINE
Badge H003   Agency 9027 Officer DAVID JAMES
Constable                                 Waived          Appeared Y Y/N
Remarks SEE F1 FOR NOTES                  Bad Check Amount _____
Plead N Voluntarily Y Found G on  2 / 21 / 2019  Atty?  Jail Time NONE
Restitution           Garnishment   Y/N    Comment _____
Charge 1401 TRESPASS,SIMPLE   97-17-97
Total Owed          Total Paid              Total Due
          F3-WARRANTS      F12-RECEIPTS   F13-IMAGES
   F1-JUDGMENT  F2-CLEARING  F5-OFFICERS  F6-PROCESS  F8-DISP CODES  F18-FORMS
```

13 of 19

**ALL OF THE ABOVE (PREVIOUS SCREEN) AND**

<u>REDUCED DOWN FROM GRAND LARCENY TO SIMPLE TRESPASSING BY JUDGE GATES.</u>
<u>1/24/19- SHERIFF DEPT HAD TRANSPORTED HIM TO SNFLOWER COUNTY JAIL PRIOR AND DI</u>
<u>D NOT TRANSPORT HIM BACK FOR COURT. RESCHEDULED TO 2/21/19.</u>
<u>GUILTY 2/21/19 PAY FINE BEFORE RELEASED</u>

Addendum Information

Copyright 2010, Delta Computer Systems, Inc. - All Rights Reserved   06/22-RAQ
PRESS ENTER TO CONTINUE                                    F24-NO SAVE

# Send Result Report
MFP



TASKalfa 3500i

Firmware Version  2LH_2F00.012.101 2017.07.21

02/13/2019 09:12
[2LF_1000.010.001] [2K9_1100.002.001] [2LC_7000.012.003]

Job No.: 029792          Total Time: 0°00'40"          Page: 001

# Complete

Document:          doc02979220190213091022

---

CRIMINAL SUBPOENA                                        Form #24

STATE OF MISSISSIPPI
County of Humphreys

TO THE SHERIFF OR ANY LAWFUL OFFICER OF SAID COUNTY – GREETING:

You are hereby commanded to summon *H3 David James*

_____

_____

_____

if to be found in your County, to be and personally appear before the Justice Court, to be

held in and for the County of Humphreys, on the *21st* day of *February*

A.D., 20 *19*, at *9:00* o'clock a.m./p.m., to give evidence before said

Court in a certain suit therein pending, wherein The State of Mississippi is Plaintiff, and

*Terry Wayne Rowland* is Defendant, on behalf of the State of

Mississippi and have then and there this writ.

Witness my hand and seal of said Court, Humphreys County Justice Court

this the *13th* day of *February* , A.D. 20 *19*

Justice Court Clerk

---

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 02/13/19 09:11 | **Sheriff Dept** | 0°00'40" | FAX | OK | 200x100 Normal/Off |

CRIMINAL SUBPOENA                                           Form #24

STATE OF MISSISSIPPI
County of Humphreys

TO THE SHERIFF OR ANY LAWFUL OFFICER OF SAID COUNTY – GREETING:

You are hereby commanded to summon *H3 David James*

_____

_____

_____

if to be found in your County, to be and personally appear before the Justice Court, to be

held in and for the County of Humphreys, on the *21st* day of *February*

A.D., 20 *19*, at *9:00* o'clock a.m./p.m., to give evidence before said

Court in a certain suit therein pending, wherein The State of Mississippi is Plaintiff, and

*Jerry Wayne Rowland* is Defendant, on behalf of the State of

Mississippi and have then and there this writ.

Witness my hand and seal of said Court, Humphreys County Justice Court

this the _*13th*_ day of _*February*_, A.D., 20 *19*.

_____
Justice Court Clerk/Deputy Clerk

*16 of 19*

# IN THE JUSTICE COURT OF HUMPHREYS COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**

Jerry Wayne Rowland, **DEFENDANT**
Rolland

DOCKET: 133    PAGE: 170

## SENTENCING ORDER

The DEFENDANT charged in the above styled case having entered a plea of:

_____ Guilty     _____ Not Guilty     _____ Nolo Contendere

To the offense of Simple Trespass

and this Court, being satisfied that the same DEFENDANT who was represented by the following:

_____,

Fully understands the nature and consequences of the plea, the maximum and minimum penalties provided by law, the right to be represented by an attorney, the right to an appointed attorney if unable to afford one, the right to jury trial, the right to confront and cross-examine witnesses, the right to subpoena witnesses on own behalf, and the right against self-incrimination; and further, that the DEFENDANT'S plea is voluntarily and intelligently made and that there is a factual basis for the plea,

### IT IS HEREBY ORDERED:

That the DEFENDANT is found: ✓ Guilty _____ Not Guilty _____ Passed To File

_____ Guilty in Absence _____ Dismissed

a. Defendant to pay: $ 266.75

b. Defendant is to pay restitution in the amount of _____.

c. Defendant has been placed on probation for _____ months and _____ days.

e. Other The Defendant needs some psychological evaluation and drug counseling

_____

_____

_____

Failure to make timely payment may result in Contempt of Court and a Warrant issued.

ORDERED AND ADJUDGED this the 21st day of February, 20 19.

Abraham Gato

**Justice Court Judge**

IN THE JUSTICE COURT OF HUMPHREYS COUNTY, MISSISSIPPI

**THE STATE OF MISSISSIPPI**

**VS.**

**Defendant's Name** _Jerry Wayne Rowland_

**Defendant's Alias** _Wayne Rowland_

# TIME SERVED ORDER

| CAUSE NUMBER | VIOLATION CHARGED |
|---|---|
| 130 - 803 | Simple Assault- Attempt |
| 130 - 670 | Threatening |
| 133 - 170 | Trespassing |

Defendant has been incarcerated continuously since the _____ day of _____, _____.

He was incarcerated in (location) _Humphrays County Jail_

He was incarcerated from _1|5| 19_ to _10|11|19_

I certify that this defendant was continuously incarcerated in _Humphrays County Jail_

_H-2 Dain D. Qu_                          _10|11|19_

(Officer)                                          (Date)

_____          _____

(Jailer)                                            (Date)

## ORDER

Be it known that on _____, the above Motion for Credit for Time Served was

considered by this Court and is in all things: _____✓_____ GRANTED _____ DENIED

this _11th_ day of _October_, _2019_

_Abraham Hoto_   Justice Court Judge

18 of 19

# GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

HUMPHREYS COUNTY

BEFORE ME, _Akeitha Smith_

a Justice Court Clerk of said County, in Justice District No. _____

_Tommy Gates_ _____who

makes affidavit that _Wayne Rowland_

on or about _December 31_, 20_18_ in the county aforesaid, in said Justice's

District _Burglary - Commercial Building, Cars, etc. C 97-17-33 J_
_Wayne Rowland did willfully, unlawfully, feloniusly,_
_and burglariously break and enter the shop of Tommy_
_Gates in which goods, equipment, and valuable things were_
_kept for use with intent to steal at 4900 Tupper Bayou_
_Rd Isola MS 38754_

against the peace and dignity of the state of Mississippi.

_Tommy Gates_

Sworn to and subscribed before me, this _3rd_ day of _January_, 20_19_

_____ D.C.

JUSTICE COURT CLERK/DEPUTY CLERK

BANNER PRINTING CO., INC. - BELZONI

STATE OF MISSISSIPPI
HUMPHREYS COUNTY
I, Sandra A. Overton, Clerk of the Justice Court in and for the state
and county aforesaid, hereby certify that the foregoing is a true and
correct copy of the _Felony Case File on Tommy Gates vs Wayne Rowland_
as the same appears of record in Docket _N/A_
Page _N/A_ of the records in my office.
Given under my hand and official seal
this the _17th_ day of _October_, 20_20_
_____ D.C. Justice Court Clerk

1 of 26

1/02/2019                    HUMPHREYS COUNTY SO                    PAGE    1
4:08:59                      CAD Incident Detail                    USER BROWN

AD Incident: 2018-00004504          ESN  : 0297          L   F   E   R
hone   : 662    -                   Law  : HCSO
ame    : TOMMY GATES                Fire : HCFD
ddress : 4960 TUPPPER BAYOU RD      EMS  : EMS
ommunity: ISOLA                     Rescue:
urisdctn:
ntersect:                           Disp : C
ubDivisn:                           Source: N9C
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
AD Call Times: BREAKING AND ENTERING
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
ncoming Call: 12/31/2018 19:12:05
all Created : 12/31/2018 19:12:05   Created By: COLLUM    Pos:002 TERM 2
all Send Time   :        14:08:51   Sent By   : BROWN     Action:
all Dispatch Time:       06:42:46   Event : 10110   1     Language:
all Enroute Time :       06:42:46   Law  :
all Arrival Time :       06:42:46   Fire :
all Clear Time  :        06:42:46   EMS  :
all Closed   :00/00/0000 00:00:00   Rescue:
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
iginal Dispatch Remarks:
H-22/FOXWORTH CAME TO CENTRAL DISPATCH AND ADVISED THAT HE
WAS FLAGGED DOWN BY MR.GATES. MR.GATES ADVISED H-22/FOXWORTH THAT
SOMEONE BROKE INTO HIS SHOP AT THE ABOVE ADDRESS.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                              Narratives
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

rrative By: COLLUM      12/31/2018 19:25
22/FOXWORTH FOLLOWED MR.GATES TO THE SHOP AND SHOWED WHERE SOMEONE PULLED
E TIN OFF THE SIDE OF THE SHOP AND THAT IS WHERE THE SUBJECT ENTERED THE
ILDING. MR.GATES WAS MISSING A PROPANE TANK, 1 BATTERY CHARGER, AND A TOOL
X FULL OF TOOLS. AFTER THAT, THE SUBJECT PULLED OVER TO THE TRACTOR SHED AND
OLE DIESEL OUT OF THE COTTON PICKER AND THE COMBINE. PHOTOS WERE TAKEN BY
22/FOXWORTH. MR.GATES ADVISED H-22/FOXWORTH THAT HE THINK IT'S WAYNE ROLLAND
AT DRIVES A WHITE MERCEDES BENZ WITH A ARKANSAS TAG. PHOTOS WERE TAKEN OF
E SHOE PRINTS AND TIRE TRACKS AT THE SCENE. MR.GATES NUMBER IS 662-207-1461.
22/FOXWORTH ADVISED THAT THIS MATTER IS UNDER INVESTIGATION.

rrative By: BROWN      01/02/2019 14:08
DATE: MR. GATES CAME TO CENTRAL OFFICE AND ADVISED MALE SUBJECT THAT BROKE
TO HIS SHOP NAME IS WAYNE ROWLAND. MR. GATES ADVISED HE WILL BE FILING
ARGES FOR BREAKING AND ENTERING.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
T   DEPT STATUS/DSP/CASE   LOCATION/REMARK        USER  DATE    TIME
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

2 of 9 6

```
01/02/2019                    HUMPHREYS COUNTY SO                      PAGE     1
14:08:59                      CAD Incident Detail                      USER BROWN
```

```
CAD Incident: 2018-00004504          ESN  : 0297        L   F   E   R
Phone    : 662    -                  Law  : HCSO
Name     : TOMMY GATES               Fire : HCFD
Address  : 4960 TUPPPER BAYOU RD     EMS  : EMS
Community: ISOLA                     Rescue:
Jurisdctn:
Intersect:                           Disp : C
SubDivisn:                           Source: N9C
```

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CAD Call Times: BREAKING AND ENTERING

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

```
Incoming Call: 12/31/2018 19:12:05
Call Created : 12/31/2018 19:12:05   Created By: COLLUM       Pos:002 TERM 2
Call Send Time  :         14:08:51   Sent By  : BROWN         Action:
Call Dispatch Time:       06:42:46   Event : 10110   1        Language:
Call Enroute Time :       06:42:46   Law  :
Call Arrival Time :       06:42:46   Fire :
Call Clear Time   :       06:42:46   EMS  :
Call Closed    :00/00/0000 00:00:00  Rescue:
```

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Original Dispatch Remarks:
H-22/FOXWORTH CAME TO CENTRAL DISPATCH AND ADVISED THAT HE
WAS FLAGGED DOWN BY MR.GATES. MR.GATES ADVISED H-22/FOXWORTH THAT
SOMEONE BROKE INTO HIS SHOP AT THE ABOVE ADDRESS.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Narratives . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Narrative By: COLLUM      12/31/2018 19:25
H-22/FOXWORTH FOLLOWED MR.GATES TO THE SHOP AND SHOWED WHERE SOMEONE PULLED
THE TIN OFF THE SIDE OF THE SHOP AND THAT IS WHERE THE SUBJECT ENTERED THE
BUILDING. MR.GATES WAS MISSING A PROPANE TANK, 1 BATTERY CHARGER, AND A TOOL
BOX FULL OF TOOLS. AFTER THAT, THE SUBJECT PULLED OVER TO THE TRACTOR SHED AND
STOLE DIESEL OUT OF THE COTTON PICKER AND THE COMBINE. PHOTOS WERE TAKEN BY
H-22/FOXWORTH. MR.GATES ADVISED H-22/FOXWORTH THAT HE THINK IT'S WAYNE ROLLAND
THAT DRIVES A WHITE MERCEDES BENZ WITH A ARKANSAS TAG. PHOTOS WERE TAKEN OF
THE SHOE PRINTS AND TIRE TRACKS AT THE SCENE. MR.GATES NUMBER IS 662-207-1461.
H-22/FOXWORTH ADVISED THAT THIS MATTER IS UNDER INVESTIGATION.

Narrative By: BROWN      01/02/2019 14:08
UPDATE: MR. GATES CAME TO CENTRAL OFFICE AND ADVISED MALE SUBJECT THAT BROKE
INTO HIS SHOP NAME IS WAYNE ROWLAND. MR. GATES ADVISED HE WILL BE FILING
CHARGES FOR BREAKING AND ENTERING.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

```
UNIT  DEPT STATUS/DSP/CASE   LOCATION/REMARK        USER  DATE    TIME
```

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

3 of 26

## OFFENSE REPORT

ON MONDAY, DECEMBER 31, 2018 DEPUTY MICKEY FOXWORTH WAS FLAGGED DOWN BY MR.

TOMMY GATES WHILE ON PATROL. MR GATES ADVISED DEPUTY FOXWORTH THAT SOMEONE HAD

BROKEN INTO HIS SHOP LOCATED AT 4960 TUPPER BAYOU ROAD IN ISOLA, MS DEPUTY FOXWORTH

ADVISED THAT MR. GATES SHOWED HIM WHERE SOMEONE HAD PULLED THE TIN BACK FROM THE SIDE

OF THE SHOP, WHICH IS DETERMINED TO BE THE POINT OF FORCIBLE ENTRY. MR. GATES ADVISED

DEPUTY FOXWORTH THAT HE WAS MISSING A PROPANE TANK, A BATTERY CHARGER, TOOLS, AND A

TOOL BOX SET. DEPUTY FOXWORTH ALSO ADVISED THAT HE AND MR. GATES THEN OBSERVED A SET OF

TIRE TRACKS LEADING FROM THE SHOP TO THE TRACTOR SHED. MR. GATES THEN SAW THAT SOMEONE

HAD STOLEN DIESEL FROM THE COTTON PICKER(FARM MACHINERY) AND COMBINE(FARM MACHINERY)

THAT WERE PARKED UNDERNEATH THE TRACTOR SHED. THERE WERE FRESH FOOTPRINTS AROUND THE

SHOP AND TRACTOR SHED ALSO. MR GATES ADVISED DEPUTY FOXWORTH THAT JERRY WAYNE

ROWLAND HAD BEEN IN THE AREA QUITE FREQUENTLY AND THAT MR. ROWLAND'S CAR, AN OLDER

MODEL WHITE MERCEDES BENZ WITH AN ARKANSAS LICENSE PLATE HAS A DIESEL ENGINE.

ON TUESDAY, JANUARY 22, 2019 MR. TOMMY GATES CAME BACK TO THE HUMPHREYS COUNTY

SHERIFF'S DEPARTMENT AND SPOKE WITH INVESTIGATOR DAVID JAMES. MR. GATES ADVISED THAT HE

HAD RECIEVED INFORMATION FROM A RELIABLE SOURCE THAT JERRY WAYNE ROWLAND WAS TRYING

1

4 of 26

TO SELL TOOLS, A TOOL BOX SET, A CASE OF FREON, A BATTERY CHARGER, AND A PROPANE TANK. MR. GATES THEN ADVISED THAT HE SAW JERRY WAYNE ROWLAND PARKED ON THE THE SIDE OF FOUR MILE ROAD, AND ASKED HIM ABOUT THE STOLEN ITEMS. MR. GATES THEN ADVISED ROWLAND TOLD HIM THAT HE DID NOT KNOW WHAT HE WAS TALKING ABOUT, AND THAT HE WAS WELCOME TO SEARCH HIS VEHICLE. MR. GATES ADVISED THAT WHEN ROWLAND UNLOCKED HIS TRUNK, HE SAW HIS PROPANE TANK AND A COUPLE OF HIS OTHER ITEMS BUT ONLY RETRIEVED HIS PROPANE TANK. MR. GATES THEN ADVISED THAT HE WAS GOING TO FILE CHARGES AGAINST JERRY WAYNE ROWLAND. PHOTOGRAPHS WERE TAKEN.

2

5 of 96

# HUMPHREYS COUNTY JUSTICE COURT
# FACT SHEET

## PLEASE READ THE FOLLOWING CAREFULLY!

After completing this fact sheet, your criminal affidavit will be prepared by a clerk. You will read and swear to this affidavit. The file will be given to the assigned Judge for his/her determination as to whether or not a warrant should be issued on the charge. If a warrant is issued, the Defendant will be served and the court will await their return copy. After that, you will be notified by mail as to when you should appear in court to testify on this case.

It is very important that you give the court an address on the defendant, so that a warrant can be served. If you decide to drop these charges, you must appear in this court and advise the clerk that you wish to drop charges. You will be responsible for any court fees that have incurred to that point before the case will be closed.

## I HAVE READ THE ABOVE AND FULLY UNDERSTAND.

Date: 1-3-19

Name: Tommy Gates

Mailing Address: 209 Sunflower Street

City State: Belzoni MS 39038

Phone No. 662-207-1461

## THE PERSON YOU WANT TO SIGN PAPERS AGAINST IS:

Name: Wayne Rowland

Address:

City State:

Phone:

The date this incident happened: 12 | 31 | 18

Please give a statement as to what happened or you may use your incident report!

See incident report!

6 of 26

# HUMPHREYS COUNTY JUSTICE COURT
## 102 CASTLEMAN STREET
### BELZONI, MISSISSIPPI 39038

**READ THE STATEMENT BELOW AND AGREE THAT YOU FULLY UNDERSTAND!**

I understand that I am responsible for court cost if I refuse to appear in court on the date scheduled by the court for the charges I have filed against said subject. I understand that if I decide to drop charges it will be a fee of up to $96.50 per charge for misdemeanor charges and up to $145.00 per charge for felony charges.

_____
                                Plaintiff

# GENERAL WARRANT

**State of Mississippi**
**County of Humphreys**

TO ANY LAWFUL OFFICER OF HUMPHREYS COUNTY - GREETINGS:

WE COMMAND YOU TO TAKE forthwith the body of _Wayne Rowland_

and bring _him_ before the undersigned Justice Court Judge of _Humphreys_

District to answer a charge of _Burglary - Commercial Building,_
_Cars etc. [97-17-33]_

Witness my hand, this the ____7th____ day of _January_ 20_19_

_____
JUSTICE COURT JUDGE or CLERK

I have this day personally delivered to _Jerry Wayne Rowland_

a true copy of this warrant.

This the ___7th___ day of ___Jan.___ A.D., 20_19_.

**J. D. ROSEMAN, SHERIFF**

By: _____ H-3 D.S.

By: _____ Constable

(White - Court Copy) (Canary - Sheriff or Constable Copy) (Pink - Defendants Copy)

BANNER PRINTING CO., INC.-BELZONI, MS

8 of 36

# WAIVER

**STATE OF MISSISSIPPI**

**COUNTY OF HUMPHREYS**

I, _Wayne Rowland_, understand that I am charged with the offense(s) of _Burglary - Commercial Building, Cars, Shops, etc. [97-17-33]_ and have received a copy of a warrant so stating.

* I understand that I am not required to speak and that any statement I make may be used against me.

* I understand that if I am not presently represented by an attorney, that I have the right to assistance of any attorney, and that if I am unable to afford an attorney one will be appointed to represent me.

* I understand that I have the right to communicate with counsel, family or friends, and that reasonable means will be provided to enable me to do so.

* I understand that I have a right to a preliminary hearing and that a date for such hearing will be set within a reasonable time, if I so request.

Having been advised of the above rights, I do hereby waive those rights and state that I do not want an attorney to assist me and that I do not want to have a preliminary hearing on these charges.

I also understand that by waiving said preliminary hearing I can be bound over to the next Grand Jury of this County on these charges.

* I further understand that I may request an attorney and a preliminary hearing at a later time and that my request for same must be in writing.

This the ____ _14th_ ____ day of _January_ , 20 _19_ ____

_after Judge explained rights defendant refused_
_____ DEFENDANT  _that he will sign_

_____ JUSTICE COURT JUDGE

*BANNER PRINTING CO., INC*

9 of 26



**HUMPHREYS COUNTY JUSTICE COURT**
SANDRA A. OVERTON, *CLERK*
102 CASTLEMAN STREET
BELZONI, MISSISSIPPI 39038



BRAHAM GATES
JDGE - Northern District

-HIRLEY B. CUMMINGS
JDGE - Southern District

AKEITHA SMITH
Deputy Clerk

MARVA A. GIBSON
Deputy Clerk

## INITIAL APPEARANCE BOND

State of Mississippi

Vs.

*Jerry W. Rolland/ Wayne Rowland*

The above stated defendant is being brought before me on the charge(s) of

*Burglary - Commercial Building, Cars, Shops, etc [97-17-33]*

_____. I the foresaid Judge have

given a bond is an amount of $_____ / or defendant has no bond because of

reason(s) stated below *he was belligerant, disrespectful, uncoperative and unruly during the initial appearance.*

Witness my hand this the *7th* day of *January*, 20 *19*.

(Seal)

*Abraham Gates*
JUSTICE COURT JUDGE

**JUSTICE COURT PHONE (662) 247- 4337
OR (662) 247-2917
FAX (662) 247-1095**

*10 of 86*




**HUMPHREYS COUNTY JUSTICE COURT**
SANDRA A. OVERTON, *CLERK*
102 CASTLEMAN STREET
BELZONI, MISSISSIPPI 39038

BRAHAM GATES
JDGE – Northern District

AKEITHA SMITH
Deputy Clerk

HIRLEY B. CUMMINGS
DGE – Southern District

MARVA A. GIBSON
Deputy Clerk

This Form Must Be Filled Out Before An Initial Appearance

Defendant: Terry W. Rolland / Wayne Rowland

Charges: Burglary - Commercial Building, Cars, Shops, etc [97-17-33]

Is This Defendant Out On Bond?    YES   (NO)   Please Circle One

If yes, please state the charge(s) _____

Where was charges filed? _____  Bond Amount _____

Is there an M.D.O.C. hold on the defendant?   YES   (NO)   Please Circle One

If there is a hold on the defendant please provide this information below. Please include
the County or State and the charge(s).

County/State                          Charge(s)
_____      _____
_____      _____

Additional Comments _____
_____

If more space is needed please attach additional information to this form.

Officer Signature: David Jenns        Date: 1/7/2019

JUSTICE COURT PHONE (662) 247-4337
OR (662) 247-2917
FAX (662) 247-1095

11 of 26

# State of Mississippi-County of Humphreys

Questionnaire In Re: Appointment of Counsel for Indigent Accused:     Agency: __HCSD__

1. Full Name __Jerry Wayne Rowland_____     SSN# __427-13- 6190__

2. Age ____50____ DOB __12//11/1968__ Race __W__ Sex __M__

3. Phone __662-635 4438__     Mailing Address __3821 Scovel Ave Tupelo, MS__

4. Residence Address_____ Place of Birth __Sunflower County__

5. Do you understand that you are charged with a serious matter, to wit: __Burglary of a__
   __Commerical Building_____

6. Do you understand that you have the right to hire a lawyer to represent you?____Yes____

7. List your assets which could be converted into cash upon which you could borrow money:
   _____NO_____

8. Do you own a car, home? If so, state the value__1985 Mercedes__ __/80,000.00__

9. Do you have a bank account? If so, what is the balance?_____No_____

10. How many people, if any, are dependent upon you for support?    __None__

11. Are you employed?____no____ If so, state salary _____hr._____wk._____mo.

    Place of employment_____

12. If it is determined that you are unable to hire an attorney to represent you, do you request the

    court to appoint you an attorney? Yes __Yes__ No _____

__Jerry Wayne Rowland_____ do hereby represent to the Judge of the Circuit
Court of this County that the answers to the above and forgoing questions are true and correct
and are made by me in the Court in order to determine whether I should have a court
appointed counsel, on this ____7th__ day of __January_____ 20__19__

Signature

Sworn to and subscribed before me, this the _____ 20__

Timaka James Jones
Clerk of the Circuit Court

_____ D.C.

__Tanisha Gates_____
Appointed Counsel

12 of 26

# Send Result Report

**MFP**

**TASKalfa 3500i**

KYOCERA

Firmware Version 2LH_2F00.012.101 2017.07.21

03/07/2019 11:12
[2LF_1000.010.001] [2K9_1100.002.001] [2LC_7000.012.003]

---

Job No.: 030220          Total Time: 0°00'48"          Page: 001

# Complete

Document:          doc03022020190307110951

---



**HUMPHREYS COUNTY JUSTICE COURT**
SANDRA A. OVERTON, *CLERK*
102 CASTLEMAN STREET
BELZONI, MISSISSIPPI 39038



**ABRAHAM GATES**
JUDGE – Northern District

**AKEITHA SMITH**
Deputy Clerk

**SHIRLEY B. CUMMINGS**
JUDGE – Southern District

**MARVA A. GIBSON**
Deputy Clerk

Date 3/6/19

STATE OF MISSISSIPPI

*Wayne Rowland / Jerry Rowland*
DEFENDANT

_Preliminary Hearing_

This office received a request for a preliminary hearing for the above stated

defendant, The preliminary hearing has been set for _March 14_

20_19_ at _11:00_ a.m./p.m.

Clerk/ Deputy Clerk

*Defendant in Holmes Co. Jail
is H.C.S.D Custody*

JUSTICE COURT PHONE (662) 247-4337
OR (662) 247-2917
FAX (662) 247-1085

---

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 03/07/19 11:11 | **Sheriff Dept** | 0°00'48" | FAX | OK | 200x100 Normal/Off |

13 of 26

[ N483113509 ]




## HUMPHREYS COUNTY JUSTICE COURT
### SANDRA A. OVERTON, *CLERK*
102 CASTLEMAN STREET
BELZONI, MISSISSIPPI 39038

**ABRAHAM GATES**
JUDGE - Northern District

**SHIRLEY B. CUMMINGS**
JUDGE - Southern District

**AKEITHA SMITH**
Deputy Clerk

**MARVA A. GIBSON**
Deputy Clerk

Date 3/6/19

STATE OF MISSISSIPPI

Wayne  Rowland/Jerry Rowland
VS
DEFENDANT

Preliminary Hearing

This office received a request for a preliminary hearing for the above stated

defendant. The preliminary hearing has been set for March 1st

20 19 at 11:00 a.m/p.m.

Clerk/ Deputy Clerk

Defendant in Holmes Co. Jail
is H.C.S.D Custody

**JUSTICE COURT PHONE (662) 247- 4337**
**OR (662) 247-2917**
**FAX (662) 247-1095**

14 of 26

# Send Result Report

MFP

TASKalfa 3500i

03/07/2019 11:10
Firmware Version 2LH_2F00.012.101 2017.07.21          [2LF_1000.010.001] [2K9_1100.002.001] [2LC_7000.012.003]

KYOCERA

Job No.: 030219          Total Time: 0°00'39"          Page: 001

# Complete

Document:          doc03021920190307110852

CRIMINAL SUBPOENA                                             Form #24

STATE OF MISSISSIPPI
County of Humphreys

TO THE SHERIFF OR ANY LAWFUL OFFICER OF SAID COUNTY – GREETING:

You are hereby commanded to summon *H3 David James*

If to be found in your County, to be and personally appear before the Justice Court, to be held in and for the County of Humphreys, on the 14th day of *March*
A.D., 20 19, at 11:00 o'clock a.m./p.m., to give evidence before said
Court in a certain suit therein pending, wherein The State of Mississippi is Plaintiff, and
*Jerry Wayne Rowland* is Defendant, on behalf of the State of
Mississippi and have then and there this writ.

Witness my hand and seal of said Court, Humphreys County Justice Court
this the 14th day of *March*          , A.D., 20 19 .

Justice Court Clerk/Deputy

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 03/07/19 11:10 | **Sheriff Dept** | 0°00'39" | FAX | OK | 200x100 Normal/Off |

1          15 of 26          [ N483113509 ]

CRIMINAL SUBPOENA                                          Form #24

STATE OF MISSISSIPPI
County of Humphreys

TO THE SHERIFF OR ANY LAWFUL OFFICER OF SAID COUNTY – GREETING:

You are hereby commanded to summon *H3 David James*

if to be found in your County, to be and personally appear before the Justice Court, to be held in and for the County of Humphreys, on the *14th* day of *March* A.D., 20 *19*, at *11:00* o'clock a.m./p.m., to give evidence before said Court in a certain suit therein pending, wherein The State of Mississippi is Plaintiff, and *Jerry Wayne Rowland* is Defendant, on behalf of the State of Mississippi and have then and there this writ.

Witness my hand and seal of said Court, Humphreys County Justice Court this the *14th* day of *March* , A.D., 20 *19* .

_____
Justice Court Clerk/Deputy Clerk

16 of 26



### HUMPHREYS COUNTY JUSTICE COURT
**SANDRA A. OVERTON,** *CLERK*
102 CASTLEMAN STREET
BELZONI, MISSISSIPPI 39038



**ABRAHAM GATES**
JUDGE - Northern District

**SHIRLEY B. CUMMINGS**
JUDGE - Southern District

**AKEITHA SMITH**
Deputy Clerk

**MARVA A. GIBSON**
Deputy Clerk

Date 3/6/19

STATE OF MISSISSIPPI

Wayne  Rowland/Jerry Rowland
XS
DEFENDANT

Preliminary Hearing

This office received a request for a preliminary hearing for the above stated defendant. The preliminary hearing has been set for March 14, 20 19 at 11:00 a.m/p.m.

Clerk/ Deputy Clerk

**JUSTICE COURT PHONE (662) 247- 4337
OR (662) 247-2917
FAX (662) 247-1095**

# Send Result Report

MFP

TASKalfa 3500i

**KYOCERA**

Firmware Version  2LH_2F00.012.101  2017.07.21

03/07/2019 11:09
[2LF_1000.010.001] [2K9_1100.002.001] [2LC_7000.012.003]

Job No.: 030218          Total Time: 0°00'10"          Page: 001

# Complete

Document:          **doc03021820190307110841**



**HUMPHREYS COUNTY JUSTICE COURT**
SANDRA A. OVERTON, *CLERK*
102 CASTLEMAN STREET
BELZONI, MISSISSIPPI 39038



**ABRAHAM GATES**
JUDGE - Northern District

**SHIRLEY B. CUMMINGS**
JUDGE - Southern District

**AKEITHA SMITH**
Deputy Clerk

**MARVA A. GIBSON**
Deputy Clerk

Date 3/6/19

STATE OF MISSISSIPPI

*Wayne Rowland / Jerry Rowland*
DEFENDANT

Preliminary Hearing

This office received a request for a preliminary hearing for the above stated defendant. The preliminary hearing has been set for *March 19*
20 _19_ at _11:00_ a.m./p.m.

Clerk/ Deputy Clerk

JUSTICE COURT PHONE (662) 247- 4337
OR (662) 247-2017
FAX (662) 247-1095

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 03/07/19 11:09 | **Attorney Gates** | 0°00'10" | FAX | OK | 200x100 Normal/On |

180 of 56

[ N483113509 ]

IN THE JUSTICE COURT OF HUMPHREYS COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

Vs

_Jerry Wayne Rowland_ , DEFENDANT

### PRELIMINARY HEARING ORDER

WHEREAS this day this court having conducted, pursuant to Rule 6.2 of the Mississippi Rules of Criminal Procedures, a preliminary hearing on the above-styled cause, the charge being a FELONY, to wit:

_Burglary-Commercial Building, Cars, shops, etc. [97-17-33]_ , and:

(✓) The DEFENDANT being represented by counsel.

( ) The DEFENDANT knowingly and voluntarily waiving the right to an attorney at the hearing, and instead choosing to conduct his/her own defense, as evidenced by the sworn, written waiver on file with this court.

and, the DEFENDANT being afforded the right to subpoena witnesses and cross-examine adverse witnesses testifying at the hearing, this court finds from the evidence presented:

( ) That there is PROBABLE CAUSE to believe that a FELONY has been committed and that the DEFENDANT committed it, as follows: _____

(✓) That there is NOT PROBABLE CAUSE to believe that a FELONY has been committed or that the DEFENDANT committed it, as follows:

_____
_____

THEREFORE, IT IS HEREBY ORDERED:

( ) The DEFENDANT is to bound over to await the action of the Grand Jury of Humphreys County, which convenes at the regular term of the Humphreys County Circuit Court, on the above specified charge, IT IS FURTHER ORDERED:

    ( ) The terms of the DEFENDANT'S release shall remain unchanged.

    ( ) The terms of the DEFENDANT'S release shall be modified, as follows: _____

    _____

( ) The DEFENDANT is to be discharged from custody. THE DISCHARGE OF THE DEFENDANT UNDER THIS ORDER DOES NOT PRECLUDE THE COUNTY PROSECUTOR FROM PRESENTING THE SAME OFFENSE TO A GRAND JURY.

ORDERED AND ADJUDGED this the _14_ day of _March_ , 20_19_ .

_____
JUSTICE COURT JUDGE

19 of 20

DATE: _____

## PRELIMINARY HEARING

STATE OF MISSISSIPPI/ Tommy Gates/ H.C.S.D

VS.

Jerry Wayne Rowland          BOND: _____

DEFENDANT

CHARGE Burglary-Commercial Building, Cars, Shops, etc.
_____ [97-17-33]

STATE:

To Be Reduced to Possession of Stolen Property,

Atty Gates Recused from Representing Δ

Continued to Establish Value of Property Recovered

& another Atty Appointed.

Victim Didn't Appear on time

DEFENSE:

Upon further review

Dismissed

20 of 26

# BOYD P. ATKINSON
## Attorney at Law
atkinsonboydp@yahoo.com

TELEPHONE

(662) 843-9766
(662) 843-9770

202 North Pearman Avenue
Post Office Box 427
Cleveland, MS  38732

February 4, 2020

Ms. Sandra Overton
Humphreys County Justice Court Clerk
102 Castleman Street
Belzoni, MS  39038

Re:    Jerry Wayne Roland

Dear Ms. Overton:

Please send me a copy of the affidavit signed by Tommy Gates or David James with the Humphreys County Sheriff's Department concerning Jerry Wayne Roland on possible charges of trespass, grand larceny, or burglary in either December of 2018 or January of 2019, as well as copies of any documentation showing where Mr. Roland had a preliminary hearing or an initial appearance on a charge of grand larceny in January, February, or March of 2019.

Very truly yours,

Boyd P. Atkinson

BPA:rgm



FILED
FEB 07 2020
HUMPHREYS COUNTY
JUSTICE COURT

21 of 26

Boyd P. Atkinson
Attorney at Law
P. O. Box 427
Cleveland, MS 38732



22 of 26

# BOYD P. ATKINSON
## Attorney at Law
atkinsonboydp@yahoo.com

TELEPHONE

(662) 843-9766
(662) 843-9770

202 North Pearman Avenue
Post Office Box 427
Cleveland, MS 3873

June 10, 2020

Humphreys County Justice Court

### ATTN: AKEITHA SMITH
### FAX (662) 247-1095

Re:    Jerry Wayne Roland a/k/a Jerry Wayne Rowland

Dear Ms. Smith:

I am representing Mr. Roland and I need a copy of an affidavit that Deputy Tommy Gates signed against Mr. Roland possibly in February of 2019 for commercial burglary. This is a charge that was ultimately reduced to possession of stolen property.

Thank you for your assistance.

Very truly yours,

Boyd P. Atkinson

BPA:rgm



FILED
JUN 10 2020
HUMPHREYS COUNTY
JUSTICE COURT

23 of 26

# Send Result Report

MFP

**KYOCERA**

TASKalfa 4003i

Firmware Version 2VK_S000.002.005 2019.12.20

RFX9906682
06/10/2020 16:46
[2VK_1000.001.301] [2ND_1100.001.007]

Job No.: 000613          Total Time: 0°02'03"          Page: 001

# Error occurred

Document:          doc0006132020061016345B

---

Jun 10 20, 02:58p          Boyd P. Atkinson                                    6628439870                    p.1

**BOYD P. ATKINSON**
*Attorney at Law*
atkinsonboydp@yahoo.com

TELEPHONE

(662) 843-9766
(662) 843-9770

202 North Pearman Avenue
Post Office Box 427
Cleveland, MS 3873

June 10, 2020

Humphreys County Justice Court

*ATTN: AKEITHA SMITH*
*FAX (662) 247-1095*

Re:    Jerry Wayne Roland a/k/a Jerry Wayne Rowland

Dear Ms. Smith:

I am representing Mr. Roland and I need a copy of an affidavit that Deputy Tommy Gates signed against Mr. Roland possibly in February of 2019 for commercial burglary. This is a charge that was ultimately reduced to possession of stolen property.

Thank you for your assistance.

Very truly yours,

Boyd P. Atkinson

BPA:rgm

---

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|-----------|-------------|-------|------|--------|----------------|
| 001 | 06/10/20 16:35 | 6628439870 | 0°02'03" | FAX | BUSY | 200x100 Normal/Off |

24 of 26

Hon. Boyd P. Atkinson
Attorney at Law
P.O. Box 427
Cleveland, MS 38732

Ms. Sandra Overton
Humphreys Co. Justice Court Clerk
102 Castleman Street
Belzoni, MS 39038

39038-39401

25 of 26

# BOYD P. ATKINSON
## Attorney at Law
atkinsonboydp@yahoo.com

TELEPHONE

(662) 843-9766
(662) 843-9770

FAX (662) 843-9870

202 North Pearman Avenue
Post Office Box 427
Cleveland, MS   38732

March 16, 2020

Ms. Sandra Overton
Humphreys County Justice Court Clerk
102 Castleman Street
Belzoni, MS  39038

   Re: Jerry Wayne Roland
     DOB:  12/11/68
     SS#   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

Dear Ms. Overton:

  On December 3, 2018, Jerry Wayne Roland was charged with grand larceny by the Humphreys County Sheriff's Department, which was ultimately reduced to trespassing by Judge Gates on February 21, 2019.

  Mr. Roland was also charged with burglary/dwelling house/breaking and entering and I would like to receive a copy of the affidavit that was made in connection with these charges and what the outcome was on those charges.

         Very truly yours,

         Boyd P. Atkinson

BPA:rgm

FILED

MAR 19 2020

HUMPHREYS COUNTY
JUSTICE COURT

26 of 26

JUDGE ABRAHAM GATES

1/24/2019 09:00

1-24-2019 to 1-24-2019
For Courtroom: All

| Case | Plaintiff | Defendant | Nature Of Case |
|---|---|---|---|
| 133- 167-2 | STATE OF MISSISSIPPI | VS MCDAY LENNON | ASSAULT, SIMPLE |
| AFFIANT ========> | REVEL WALKER | MISDEMEANOR PENDING | OFFICER |
| BAC 00000 | SPEED ZONE | DISPOSITION BOND RECEIPT# AMOUNT | |
| BOND CO. | | | |
| 133- 170-2 | STATE OF MISSISSIPPI | VS ROWLAND JERRY WAYNE AKA RULLAND | TRESPASS, SIMPLE 97-17-97 |
| AFFIANT ========> | HUMPHREYS COUNTY SHERIFF DEPT | MISDEMEANOR PENDING | OFFICER DAVID JAMES |
| BAC 00000 | SPEED ZONE | DISPOSITION BOND RECEIPT# AMOUNT | |
| BOND CO. | | | |
| 133- 171-2 | STATE OF MISSISSIPPI | VS THURMOND CORDERA | OBSTRUCTING PUBLIC STREET/HW |
| AFFIANT ========> | HUMPHREYS COUNTY SHERIFF DEPT | MISDEMEANOR PENDING | OFFICER DEXTER MORGE |
| BAC 00000 | SPEED ZONE | DISPOSITION BOND RECEIPT# AMOUNT | |
| BOND CO. | | | |
| 133- 172-2 | STATE OF MISSISSIPPI | VS THURMOND CORDERA | DISTURBING THE PEACE |
| AFFIANT ========> | HUMPHREYS COUNTY SHERIFF DEPT | MISDEMEANOR PENDING | OFFICER DEXTER MORGE |
| BAC 00000 | SPEED ZONE | DISPOSITION BOND RECEIPT# AMOUNT | |
| BOND CO. | | | |

Total Cases for 1-24-2019    12