# U.S. District Court
## Northern District of Mississippi (Greenville Division)
## CIVIL DOCKET FOR CASE #: 4:20-cv-00111-DMB-DAS

| | |
|---|---|
| Roland v. Humphreys County, Mississippi et al | Date Filed: 06/25/2020 |
| Assigned to: District Judge Debra M. Brown | Jury Demand: None |
| Referred to: Magistrate Judge David A. Sanders | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

**Jerry Wayne Roland**     represented by     **Boyd P. Atkinson**
BOYD P. ATKINSON, P.A.
Post Office Box 427
Cleveland, MS 38732-0427
(662) 843-9766
Fax: 662-843-9870
Email: atkinsonboydp@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Humphreys County, Mississippi**     represented by     **Rebecca B. Cowan**
CURRIE JOHNSON GRIFFIN & MYERS
1044 River Oaks Drive
Jackson, MS 39232
(601) 969-1010
Fax: 601-969-5120
Email: bcowan@curriejohnson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Charles Sharkey**
*in his individual and official capacity*     represented by     **Rebecca B. Cowan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Dexter McPherson**
*in his individual and official capacity*     represented by     **Rebecca B. Cowan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Jeffery Jones**
*in his individual and official capacity*     represented by     **Rebecca B. Cowan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2020 | 1 | COMPLAINT, Filing fee $ 400, receipt number MSN300026123, filed by Jerry Wayne Roland. (Attachments: # 1 Exhibits, # 2 Civil Cover Sheet) (jwr) |
| 06/25/2020 | 2 | Summons Issued as to All Defendants. Returned to attorney by mail for service. (jwr) |
| 06/25/2020 |   | NOTICE OF ASSIGNMENT. Case assigned to Judge Brown and Magistrate Judge Sanders. (jwr) |
| 07/20/2020 | 3 | SUMMONS Returned Executed by Boyd P. Atkinson on behalf of Jerry Wayne Roland All Defendants. (Atkinson, Boyd) |
| 07/21/2020 |   | **CLERK'S NOTICE OF CORRECTION** re 3 Summons Returned Executed: Attorney to refile and include first page of summons. (jwr) |
| 07/21/2020 | 4 | SUMMONS Returned Executed by Boyd P. Atkinson on behalf of Jerry Wayne Roland All Defendants served 7/6/2020. (Atkinson, Boyd) Modified on 7/22/2020 (jwr). |
| 07/31/2020 | 5 | CLERK'S NOTICE of Past Due Answer as to Humphreys County, Mississippi, Sheriff Charles Sharkey, Deputy Dexter McPherson, and Deputy Jeffery Jones (jla) |
| 07/31/2020 | 6 | MOTION for Entry of Default by Jerry Wayne Roland. (Atkinson, Boyd) |
| 08/03/2020 |   | **CLERK'S NOTICE OF CORRECTION** re 6 MOTION for Entry of Default : Attorney to file affidavit in support of request as required by Federal Rule of Civil Procedure 55(a). (jwr) |
| 08/04/2020 | 7 | Amended MOTION for Entry of Default by Jerry Wayne Roland. (Attachments: # 1 Exhibit) (Atkinson, Boyd) |
| 08/05/2020 | 8 | Clerk's ENTRY OF DEFAULT as to Humphreys County, Mississippi, Jeffery Jones, Dexter McPherson, Charles Sharkey (jla) |
| 08/06/2020 | 9 | MOTION for Default Judgment as to *Defendants* by Jerry Wayne Roland. (Atkinson, Boyd) |
| 08/12/2020 | 10 | ORDER denying 9 Motion for Default Judgment. Signed by District Judge Debra M. Brown on 8/12/20. (jla) |
| 08/18/2020 | 11 | MOTION Referral to Jane M. Virden re 10 Order on Motion for Default Judgment by Jerry Wayne Roland. (Atkinson, Boyd) |
| 08/18/2020 | 12 | MOTION to Withdraw 11 MOTION Referral to Jane M. Virden re 10 Order on Motion for Default Judgment *and Motion for Default Judgment* by Jerry Wayne Roland. (Atkinson, Boyd) |
| 08/20/2020 | 13 | ORDER granting 12 Motion to Withdraw. Signed by Magistrate Judge David A. Sanders on 8/20/20. (def) |
| 09/15/2020 | 14 | NOTICE of Attorney Appearance by Rebecca B. Cowan on behalf of Humphreys County, Mississippi, Jeffery Jones, Dexter McPherson, Charles Sharkey (Cowan, Rebecca) |
| 09/15/2020 | 15 | ANSWER to 1 Complaint by Humphreys County, Mississippi, Jeffery Jones, Dexter McPherson, Charles Sharkey. (Cowan, Rebecca) |
| 10/14/2020 | 16 | INITIAL ORDER - RULE 16.1Telephonic Case Management Conference set for 11/24/2020 at 10:00 AM from Amory Tele-Conference before Magistrate Judge David A. Sanders. Proposed Case Management Order and Confidential Settlement Memos due by 11/10/2020. Signed by Magistrate Judge David A. Sanders on 10/14/2020. (jf) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/19/2020 19:04:53 | | | |
| **PACER Login:** | sdn38732:4163973:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:20-cv-00111-DMB-DAS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |