**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JERRY WAYNE ROLAND**                                                          **PLAINTIFF**

**VS.**                               **NO. 4:20-CV-111-DMB-DAS**

**HUMPHREYS COUNTY,
MISSISSIPPI, et al.**                                             **DEFENDANTS**

**JOINT MOTION FOR DISMISSAL**

COME NOW, the plaintiff, Jerry Wayne Roland, and the defendants, Dexter McPherson and Humphreys County, Mississippi by and through their counsel, and move this Court for dismissal with prejudice of this proceeding under *Federal Rule of Civil Procedure* 41(a)(2) and in support thereof state as follows:

1. The parties have agreed to resolve this litigation.

2. In consideration of the terms of that agreement, the parties jointly move the Court to dismiss this lawsuit with prejudice with each party to bear its own costs and attorney's fees.

WHEREFORE, THE ABOVE PREMSIES CONSIDERED, the parties respectfully request that the Court enter an Agreed Final Judgment of Dismissal dismissing this matter with prejudice in its entirety with each party to bear its own costs.

THIS, the 4th day of August 2022.

                                                 Respectfully submitted,

                                                 **JERRY WAYNE ROLAND, PLAINTIFF**

                                                 By:     */s/ S. David Norquist*
                                                                S. David Norquist (MSB #9512)
                                                                david@norquistlevingston.com

NORQUIST & LEVINGSTON, PLLC
P.O. Box 1379
201 South Pearman Avenue
Cleveland, MS 38732
Phone: 662-843-1500
Fax: 662-843-0500

                    **HUMPHREYS COUNTY, MISSISSIPPI;
DEXTER MCPHERSON, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITIES,
DEFENDANTS**

                    By:   */s/ Rebecca B. Cowan*
                           Rebecca B. Cowan (MSB #7735)
                           bcowan@curriejohnson.com

OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, MS   39232
P.O. Box 750
Jackson, MS   39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120

Page **2** of **2**