IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERRY WAYNE ROLAND**            **PLAINTIFF**

V.            **NO. 4:20-CV-111-DMB-DAS**

**HUMPHREYS COUNTY,**
**MISSISSIPPI, et al.**            **DEFENDANTS**

## ORDER

On August 4, 2022, Jerry Wayne Roland and the remaining defendants—Dexter McPherson and Humphreys County, Mississippi—filed a joint motion asking the Court to "dismiss[] this matter with prejudice in its entirety with each party to bear its own costs." Doc. #136. As cause, the parties represent that they "have agreed to resolve this litigation." *Id.* at 1.

Based on the parties' resolution of this case, the joint motion to dismiss [136] is **GRANTED**. This case is **DISMISSED with prejudice** with each party to bear its own costs.

**SO ORDERED**, this 4th day of August, 2022.

           /s/Debra M. Brown
           **UNITED STATES DISTRICT JUDGE**