IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERRY WAYNE ROLAND**                                                                                    **PLAINTIFF**

V.                                                                         NO. 4:20-CV-111-DMB-DAS

**HUMPHREYS COUNTY,
MISSISSIPPI, et al.**                                                           **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice** with each party to bear its own costs.

**SO ORDERED**, this 4th day of August, 2022.

                                                        /s/Debra M. Brown
                                                        **UNITED STATES DISTRICT JUDGE**